Find an office.



# About The Entrust Group

## Providing <u>Self Directed IRA and Real Estate IRA</u> Administration for Over 25 Years

<u>The Entrust Group</u> is the world's premier provider of account administration services for <u>self directed IRAs and real estate IRAs</u>. For more than 25 years, Entrust has been an acknowledged authority in the field of self directed IRAs and real estate IRAs.

## Founded by Hugh Bromma

Founded by industry luminary Hugh Bromma, <u>Entrust</u> serves customers through a nationwide network of dedicated <u>local offices</u>. Mr. Bromma is a frequent guest on <u>CNBC</u>, <u>Bloomberg</u>, <u>MarketWatch</u>, and many other financial programs.

## Providing Security for Your Self-Directed IRA

<u>The Entrust Group</u> and our <u>local offices</u> are regularly examined to ensure compliance with state and federal banking requirements. In addition, Entrust affiliate offices enjoy regular training through the *Entrust Operations Academy*, an extensive educational program dedicated to providing the most accurate and innovative training and educational curriculum on self directed IRAs in the industry.

## Our Mission

<u>Entrust</u> is committed to the classic American goal of financial independence, especially during retirement. As secure retirement becomes increasingly challenging, some investors want to learn about and take advantage of a wider range of investment options to attain their goals. We are the leaders in <u>self directed IRAs and real estate IRAs</u>, custodial services and educational curriculum that help clients to build wealth with investments that know, understand and control.

## Local Offices and Personal Service

<u>Entrust</u> is the only self directed IRA administrator that serves you right in your community. Entrust affiliate <u>offices</u> are staffed with experts in <u>law, finance and business</u>, all with first-hand experience in self-directed accounts.

**EXHIBIT**

*A*

Entrusts local offices also provide educational seminars on self-directed IRAs to help clients and professionals understand the broad spectrum of investment options and the benefits of self-directed investing.

## Entrust news

Read the latest on self-directing your investments, interviews and more.

Visit now...

## Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

Visit now...

## Join Our Mailing List

Subscribe: [Enter your email ad] [ submit ]

© 2010 The Entrust Group, Inc. - All Rights Reserved | Privacy Policy | Site Use Policy | Site Map

- Home
- Why Self-Direction?
- Retirement Plans
- Investment Options
- Nationwide Locations
- Learning Center
- News & Events
- About Us
- Contact Us

site design, development & e-marketing by FUZE

Self-directed IRA, Real Estate IRA - What is a self directed ira?          http://www.theentrustgroup.com/benefits/benefits-whatisaselfdirectedira/

# Find a Local Office

## Want to open an account?

Find an office.



# What is a self directed IRA or real estate IRA?

I also wanted to mention that your company made this transaction very easy for me…
Please convey my thanks…

AB, 1031 Tax Free Strategies, Entrust SW Florida

## How did the self directed IRA or real estate IRA evolve?

In 1975, as part of the Employee Retirement Income Security Act of 1974 (ERISA) and the creation of IRAs, self directed IRAs were also permitted. At that time, qualified plans, such as Defined Benefit, Profit Sharing and Money Purchase Pension Plans, were self-directed IRAs. The investments of choice were most commonly real estate and notes.

The self directed portion of the retirement industry continues to evolve and today is an accepted investment diversification strategy. Investors are able to purchase a wide variety of assets that comply with the federal rules guiding permitted transactions through IRAs and 401k plans.

## What is a self-directed IRA or real estate IRA?

**The term "self-directed" simply means that you, as an individual, have complete control over selecting and directing your own individual retirement account or 401k investments. Once established, your account can buy real estate, notes, limited partnerships, commercial paper and many other types of assets. With a self directed individual retirement account or real estate IRA, you make all of the decisions regarding your investments. The self directed IRA custodian or administrator completes the documents required to establish your account and purchase your investment.**

A real estate IRA is simply a self-directed IRA that holds real estate.

## What are the benefits of a self directed IRA or real estate IRA?

**The largest benefit of a self-directed IRA or real estate IRA is that you can invest in what you know. Period.**

With the great tax advantages provided by all individual retirement accounts and 401ks, as well as the wider range of possible investments of a self directed IRA or real estate IRA, you can potentially build wealth and secure your future much more effectively than through traditional retirement plans.

- If you work in or know the real estate field, you can invest in real estate.
- If you work in or know the mortgage field, you can use your IRA as a lender.
- If you know of or work for a company looking to raise capital, you can invest in a note with that company.

With a self-directed IRA or real estate IRA, you are not limited to the investment offerings of an IRA custodian or trustee. By using Entrust as the administrator for your self directed IRA account, you have much greater flexibility in the number of investment choices you have. You are not limited to investing in stocks, bonds or mutual fund investments that are set up by the custodian.

## The Entrust Advantage

Self directed IRAs and real estate IRAs require a specific type of custodian or trustee and specific documents to be executed. For a self-directed IRA to exist, the account needs to be held with an IRA custodian or administrator that allows investments into nontraditional investments.

The Entrust Group provides both an IRA custodian and an IRA administrator that focuses on these unique self directed IRAs, real estate IRAs and the non traditional assets that are purchased by your retirement plan. The Entrust Group is very efficient and knowledgeable at working with clients looking to self-direct and control their retirement planning because we do this every day.

**What would you like to do?**

- Understand what investments are possible.
- Why is having a local office important.
- How self directed IRAs work.
- What are the fees are for an Entrust account.
- Why I should choose Entrust.
- To open an Entrust self directed IRA, choose a location.
- Get more education on self directed IRAs and investments.

---

# Entrust news

Read the latest on self-directing your investments, interviews and more.

Visit now...

# Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

Visit now...

# Find a Local Office

## Want to open an account?

Find an office.



# Self Directed IRAs: At Entrust, we make self-direction easy

Purchasing property outside of the U.S. requires a thorough background check by the Bahamian investment board of all parties and funds that are involved in the sale...Entrust went the extra mile with good documentation and persistence to meet the investment board criteria. The sale was approved with flying colors.

Clark, Entrust Retirement Services, LLC, South Carolina

*The Entrust Group does not offer investment, tax, financial or legal advce to clients. Individuals who believe they need advice should consult with the appropriate professional(s) licensed in that area.*

## At Entrust, We Administer, You Choose

Over the past 25 years The Entrust Group has processed tens of thousands of <u>self directed IRA</u> transactions for clients all across the country.

When you open your account with us, our step-by-step process provides you with a blueprint to open, fund and complete self directed IRA investment transactions quickly, safely and accurately.

We've developed all of the paperwork and procedures to make sure that your self-directed IRA transactions are handled efficiently.

## You know you're in good hands, because we're the experts in self directed IRAs and real estate IRAs.

Whether you are an experienced investor looking to diversify your retirement portfolio or an individual looking to set up your first IRA, we have processes in place to suits your needs.

## What do you have to do get a <u>self directed IRA</u>?

It's easy. Basically, there are three steps to self directing your IRA funds:

1. <u>Open an Account</u> – If you've already chosen a retirement plan, open a <u>self directed IRA</u> with Entrust. Our professionals are trained in all areas of self directed IRAs and real estate IRAs, and are ready to assist you.
2. **Fund your Account** – Fund your account by making a contribution or by rolling over or transferring funds from another IRA. Your <u>local Entrust office</u> can assist you.
3. **Choose an Investment** – If you have an investment in mind, simply contact your <u>local office.</u> If you're looking for investment ideas, visit the <u>Entrust Learning Center.</u>

**Get started today!**

## Entrust news

Read the latest on self-directing your investments, interviews and more.

<u>Visit now...</u>

## Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

<u>Visit now...</u>

## Join Our Mailing List

Subscribe: [Enter your email ad] [ submit ]

© 2010 The Entrust Group, Inc. - All Rights Reserved | <u>Privacy Policy</u> | <u>Site Use Policy</u> | <u>Site Map</u>

- <u>Home</u>
- <u>Why Self-Direction?</u>
- <u>Retirement Plans</u>
- <u>Investment Options</u>
- <u>Nationwide Locations</u>
- <u>Learning Center</u>
- <u>News & Events</u>
- <u>About Us</u>
- <u>Contact Us</u>

site design, development & e-marketing by ✍FUZE

# Find a Local Office

## Want to open an account?

Find an office.



# Smart Investors Choose Entrust for Self Directed IRA Accounts

Just a quick note to thank you and your office for all of your help with the two real estate
purchases last week. Everything went smoothly and we're now the proud owners of a
couple of rental houses. Anyway, if you ever need an endorsement, consider me a
volunteer.

Brad, New Direction IRA, Colorado

*The Entrust Group does not offer investment, tax, financial or legal advce to clients. Individuals who
believe they need advice should consult with the appropriate professional(s) licensed in that area.*

## Why choose The Entrust Group for your self directed IRA?

For over 25 years, The Entrust Group has been delivering outstanding education, record-keeping, self
directed IRA and real estate IRA account services for clients who choose to self direct the funds in their
IRA accounts and that want to take advantage of investing their retirement funds into nontraditional
assets.

When you choose Entrust, you'll work with an Entrust self directed individual retirement account or
real estate IRA expert whose primary focus is to ensure your success. As an Entrust client, you'll
experience:

- **Easy Processes.** Our step-by-step process makes self-directing your retirement funds easy.
- **Local professionals, local service. That's the Entrust difference.** Entrust is the only
  self-directed IRA administrator that serves you right in your community.
- **Industry experts.** Our founder, Hugh Bromma, and president, Lisa Bromma, are nationally
  recognized experts in the self directed IRA industry. In addition, many of our local office owners
  are CPAs, lawyers, financial planners and real estate professionals with first hand self directed
  IRA experience.
- **Knowledge that comes with first-hand experience in self-directed IRA investing.** Our
  network of local offices shares the most up-to-date information with each other and with you.

- **Education.** Access to Entrusts entire underlined educational library on self directed IRAs and real estate IRAs. Attend local seminars and online classes. Take advantage of our in-depth Entrust Learning Center.
- **A value-oriented account fee structure.** Entrust has developed a flexible fee structure to meet all of your investment objectives.

The professionals in your local Entrust office can assist you with any questions you may have with self directed IRAs and real estate IRAs, and help you to open your account.

**Get an Entrust Self Directed IRA today!**

*We are never in conflict with your investment decisions because we do not endorse or sell any investment products.*



## Entrust news

Read the latest on self-directing your investments, interviews and more.

Visit now...

## Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

Visit now...

## Join Our Mailing List

# Find a Local Office

## Want to open an account?

Find an office.



# Self Directed IRAs: Why is having a local office important?

*The Entrust Group does not offer investment, tax, financial or legal advce to clients. Individuals who believe they need advice should consult with the appropriate professional(s) licensed in that area.*

## Why is having a local self directed IRA office important?

**At Entrust, we believe in servicing our clients.** If you have questions regarding real estate laws in your area, or you need a transaction done quickly, ***having a local expert servicing your self directed IRA account is essential.***

## Entrust also believes that successful self-directed IRA investing requires education.

Our local office owners are qualified professionals with personal, hands-on experience in self directed IRA investing.  This level of experience allows us to provide you with educational seminars and classes in your area on self-directed investing, including frequent in-person seminars  to assist you in becoming empowered to invest in what you want.

## Entrust - The Premiere Provider of Self Directed IRAs and Real Estate IRAs

For more than a quarter century, Entrust has been showing individuals and small businesses how to take advantage of self directed IRAs and real estate IRAs.

And, we are the only firm of our type that allows you to do business with us the way you want: over the phone, over the Internet, or in person.

## At Entrust, We're With You Every Step of the Way

At the Entrust Group, our locally-owned and operated offices provide retirement plan record keeping for self directed IRAs and real estate IRAs. We offer the same retirement plans as other plan administrators with **one exception – we show you how to purchase the investments that YOU**

**CHOOSE** with your IRA funds.

## What do you have to do get a <u>self directed IRA</u>?

It's easy. Basically, there are three steps to self directing your IRA funds:

1. <u>Open an Account</u> – If you've already chosen a retirement plan, open a <u>self directed IRA</u> with Entrust. Our professionals are trained in all areas of self directed IRAs and real estate IRAs, and are ready to assist you.
2. **Fund your Account** – Fund your account by making a contribution or by rolling over or transferring funds from another IRA. Your <u>local Entrust office</u> can assist you.
3. **Choose an Investment** – If you have an investment in mind, simply contact your <u>local office.</u> If you're looking for investment ideas, visit the <u>Entrust Learning Center.</u>

**Get started today!**

## Entrust news

Read the latest on self-directing your investments, interviews and more.

<u>Visit now...</u>

## Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

<u>Visit now...</u>

## Join Our Mailing List

Subscribe: | Enter your email ad | | submit |

© 2010 The Entrust Group, Inc. - All Rights Reserved | <u>Privacy Policy</u> | <u>Site Use Policy</u> | <u>Site Map</u>

# Find a Local Office

## <u>Want to open an account?</u>

Find an office.



# Individual Investors

> I had a client put a 10% deposit of $53,000 on two pre-construction condo units. In just 11 months, he flipped one condo for $278,120 (a 419% profit). He used the profit to supplement the closing of the second unit.

> <p align="right">Submitted by Entrust SW Florida</p>

*The Entrust Group does not offer investment, tax, financial or legal advce to clients. Individuals who believe they need advice should consult with the appropriate professional(s) licensed in that area.*

## Earn More for Your Retirement Plan with a <u>Self-Directed IRA</u>

Are you looking to secure your retirement with enough wealth to live the lifestyle you want? If so, then consider a <u>self-directed IRA</u> or real estate IRA from Entrust.

A self directed IRA gives you the freedom to invest in more than stocks, bonds or mutual funds. Under your direction, your IRA can buy:

- Real estate
- Secured and unsecured notes
- Limited partnerships
- Commercial paper
- Deeds of trust and mortgages
- Partnerships and joint ventures
- Private stock
- And many other types of assets

With the great tax advantages provided by a <u>self directed IRA</u>, together with the wider range of possible investments, you can potentially build wealth and secure your future much more effectively than through traditional retirement plans.

### Choose Entrust for Your Self Directed IRA

As an IRA administrator, Entrust guides you in making purchases with your IRA funds within the parameters dictated by the IRS and manages the record keeping.

At Entrust, we have everything that you need to become a successful, self-directed investor:

- Our nationwide network of local offices provide frequent, free educational seminars and classes on self-directing your IRA funds.
- The Entrust Learning Center, accessible to you free 24-7, is rich in information on investment ideas, current regulations, case studies, and more.

If you're serious about taking more control of your financial future, open an account today. Or, contact your local office to discover how an Entrust self directed IRA can increase your retirement investment options and put you on the road to retirement wealth.

Tell me more about:

- Self directed IRAs
- Retirement plan options
- Investment choices
- What Entrust does
- How much this costs
- How to get started

## Entrust news

Read the latest on self-directing your investments, interviews and more.

Visit now...

## Events calendar

Attend seminars, workshops and classes on self-directed IRAs in your area.

Visit now...

## Join Our Mailing List

Subscribe: [Enter your email ad] [ submit ]

© 2010 The Entrust Group, Inc. - All Rights Reserved | Privacy Policy | Site Use Policy | Site Map

- Home

# IRA EZ Starter Kit

## Welcome to Entrust!

Entrust Midwest, LLC
12800 Industrial Park Blvd., Suite 220
Plymouth, MN 55441-3929

(763) 559-5363 Phone
(763) 559-5365 Fax
www.EntrustMidwest.com

*New Apps*

"Self-Directed" simply means that you, as an individual, have complete control over selecting and directing you own IRA investments. This control requires a specific type of account, & it opens the door to many nontraditional types of direct investments.

www.TheEntrustGroup.com



The Entrust Group
Self-Directed Retirement Plan Services

EXHIBIT

B

# Application Cover Sheet

## EZ IRA Application

**Thank you for choosing The Entrust Group and welcome!**

### General Information

Attached is your EZ IRA application from The Entrust Group. Before you fill out the form, you'll want to make sure you have your social security number and your beneficiary information. In addition, if you have a current IRA or 401(k) and you'd like to roll over or transfer funds into your account with Entrust, you'll need your employer address, phone number, and your account number.

### When To Use This Form

The purpose of this form is to open an Entrust Traditional or Roth IRA account.

### Where to Send This Form

Once you've completed this form, please send it to:

The Entrust Group

Entrust Midwest, LLC
12800 Industrial Park Blvd. #220
Plymouth, MN 55441-3974

### Please do not email the documents in this package.

### Application Checklist

Once you've completed your application, use this checklist to make sure you have not missed anything:

- ☐ Have you completed section one? Remember, we'll need a copy of your photo identification.
- ☐ Have you indicated the type of account that you'd like to open?
- ☐ Have you indicated how you would like to fund your account?
- ☐ Have you documented your beneficiaries, including their Social Security Numbers?
- ☐ If you're married, have you reviewed section six?
- ☐ Have you signed the document in section seven?
- ☐ Have you indicated which fee option you would prefer? Have you signed the fee option page?
- ☐ Photocopy of your photo ID?
- ☐ Account set up fee, if applicable?

www.TheEntrustGroup.com



The Entrust Group
Self-Directed Retirement Plan Services



## Build wealth and secure your future with a self-directed retirement plan

Have you ever felt limited by the investment options you have for your retirement funds? Would you like more freedom?

A self-directed IRA is a retirement plan that allows you to choose where to invest your IRA money, as permitted under IRA rules. Invest your retirement plan into real estate, notes, limited partnerships, commercial paper and many other assets. With the great tax advantages provided by a self-directed IRA, you can potentially build wealth and secure your future more effectively.

## A self-directed retirement plan gives you total control

Most IRA custodians or administrators, such as banks or brokerages, limit your IRA investment choices to the products they sell – such as stocks, bonds, and CDs.

As a self-directed administrator, Entrust does not sell or promote any product or limit your IRA investment options. You control the types of investments that you participate in and we provide the administration – after all, it's your IRA!

"Self-directed" simply means that you, as an individual, have complete control over selecting and directing your own IRA or 401(k) investments. This control requires a specific type of account, and it opens the door to many nontraditional types of IRA or 401(k) investment.

## The Entrust difference

For over a quarter of a century, Entrust has been showing individuals and small businesses how to achieve their retirement goals through self-directed IRAs.

Our national network of offices gives clients local expertise. This personalized service at the local level assists in getting questions answered and transactions closed quickly and efficiently.

Entrust delivers the service, expertise, education and trust that self-directed investors require.

*Page 1 of 3*

## A wide range of investment choices are accessible, including:

### Real Estate

- Residential
- Rentals
- Undeveloped Land
- Foreclosures
- Commercial
- Rehabs
- Lease Options
- Mobile Homes

### Loans

- Mortgage Loans
- Promissory Notes
- Deeds of Trust
- Business Loans

### Other Options Available

- Tax Liens
- LLCs
- International Investments
- Limited Partnerships
- Privately-Held Enterprises

## Get Started Today - As Easy as 1, 2, 3!

### 1. Select a plan

It's important to choose the plan that best fits your investment strategy. All of the tax-favored plans offered by Entrust can be self-directed into a wide variety of investment choices.

This application describes Traditional and Roth IRA accounts. If you have any questions regarding these accounts or the application, please call your local office. To find an office in your area, please call (888) 340-8977 or visit *www.TheEntrustGroup.com*

When you choose Entrust, your self-directed account transactions and investment administration will be handled right in your community, by professionals who understand these transactions, including any state laws that may apply. Our specialists hold frequent presentations, workshops, events, or trade shows that can give you the tools you need to understand and use the full power of your account.

Choose the self-directed plan that best fits your investment strategy:

© 2008 The Entrust Group, Inc. rev. 11/08

# IRA EZ Starter Kit

## Traditional or Roth - Which To Choose?

An Individual Retirement Account is a personal retirement savings plan available to anyone who receives taxable compensation during the year. For IRA contribution purposes, compensation includes wages, salaries, fees, tips, bonuses, commissions, taxable alimony, and separate maintenance payments.

Husbands and wives may each have an IRA, even if one person in the marriage is not employed.

There are several different kinds of IRAs to meet specific individuals' needs:

## Traditional IRA

A Traditional IRA may be opened by any individual who has earned income and wants to set aside a portion for retirement on a tax-deferred basis. Contributions to traditional IRAs may not be made for the year in which you reach age 70 1/2, or any later year.

If you are eligible to contribute to an IRA, the amount of the contribution for which you may take a tax deduction will depend upon whether you (or, in some cases, your spouse) are an active participant in an employer-maintained retirement plan and the amount of income you make.

- If you (and your spouse, if you are married) are not an active participant in an employer-maintained plan, your whole IRA contribution will be deductible.
- If you are an active participant (or are married to an active participant in an employer-maintained plan), the deductibility of your contribution will depend on your adjusted gross income (AGI) and your tax filing status for the tax year for which the contribution was made. AGI is determined on your income tax return using your adjusted gross income but disregarding any deductible IRA contribution.

Generally, a Traditional IRA is appropriate for those who expect their tax rates during retirement to be lower than their current tax rate, or whose tax strategy is to defer taxes to a later time in their lives. Distributions are taxable and may be subject to penalties if there is an early withdrawal. There may be exceptions for distributions

used for a first home purchase or college tuition.

## Roth IRA

A Roth IRA differs from a Traditional IRA in the sense that your contributions are made with after-tax dollars. This means that eventual distributions from a Roth IRA may be tax free. By contrast, with a Traditional IRA you pay no taxes up-front, but pay them when you withdraw the money during your retirement. Moreover, contributions can be made to a Roth IRA even after you attain age 70 1/2, and unlike a Traditional IRA, you are not forced to take distributions.

A Roth IRA is appropriate for those who expect their tax rates during retirement to remain the same or be higher than their current tax rate.

You can contribute to a Roth IRA if you have taxable compensation and your modified adjusted gross income is less than:

*Married individuals filing jointly:*
- $169,000 for 2008
- $176,000 for 2009

*Single or head of household:*
- $116,000 for 2008
- $120,000 for 2009

*Married filing separate returns:*
- $10,000

Compensation includes wages, salaries, tips, professional fees, bonuses, and other amounts received for providing personal services. It also includes commissions, self-employment income, and taxable alimony.

## 2. Fill out an application & fund your account.

Start today by completing the enclosed application and mail, fax or bring it to your local Entrust office.

Once you've decided which type of plan you prefer, you'll need to complete an application and decide how to fund

© 2008 The Entrust Group, Inc. rev. 11/08

## IRA EZ Starter Kit 

your account.

### Rollover or Transfer of an Existing Account

If you currently have an IRA that does not allow for self-direction, or if you have assets in a retirement plan with a previous employer, those assets may be eligible to be self-directed with Entrust through a rollover of those funds into an Entrust IRA.

### Establishing A New Account

If you currently don't have an IRA, and would like to establish an account, you can contribute within the yearly limits noted below:

**2008/2009**  $5,000 plus $1,000 catch-up if you are age 50 or older. (See Internal Revenue Service Publication 590 for more information.)

Your accountant should be able to tell you your reduced Roth limit, or you can complete the worksheet provided in IRS Publication 590.

### 3. Choose an investment, and you're on your way.

If you're uncertain what to invest in, our specialists hold frequent presentations, workshops, events, or trade shows that can give you the tools and ideas that you need to understand and use the full power of your account. As an IRA administrator, Entrust does not provide investment advice. But, because of our extensive knowledge of the self-directed industry, we provide clients with client transaction case studies through The Entrust Learning Center.

### Important Information for Opening a New Account

To comply with the USA PATRIOT ACT, we have adopted a *Customer Identification Program*. All new accounts must provide a copy of an unexpired, photo-bearing, government-issued identification (e.g., driver license or passport). The copy must be readable so we can verify the client's name, driver's license number or state issued ID number. If a copy of a valid drivers license or an unexpired state issued ID card cannot be obtained, we will contact the client by telephone to verify their name, address, date of birth, and social security number.

### Our Privacy Policy

You have chosen to do business with the custodian and administrator named on your account application. As our client, the privacy of your personal non-public information is very important. We value our customer relationships and we want you to understand the protections we provide in regard to your accounts with us.

### Information We May Collect

We collect non-public personal information about you from the following sources to conduct business with you:

- Information we receive from you on applications or other forms;
- Information about your transactions with us, or others;

Non-public personal information is non-public information about you that we may obtain in connection with providing financial products or services to you. This could include information you give us from account applications, account balances, and account history.

### Information We May Share

We do not sell or disclose any non-public information about you to anyone, except as permitted by law or as specifically authorized by you. We do not share non-public personal information with our affiliates or other providers without prior approval by you. Federal law allows us to share information with providers that process and service your accounts. All providers of services in connection with the custodian and administrator have agreed to the custodian and administrator's confidentiality and security policies.

If you decide to close your account(s) or become an inactive customer, we will adhere to the privacy policies and practices as described in this notice.

### Confidentiality and Security

We restrict access to non-public personal information to those employees who need to know that information to provide products and services to you. We maintain physical, electronic, and procedural guidelines that comply with federal standards to guard your non-public personal information. The custodian reserves the right to revise this notice and will notify you of any changes in advance. If you have any questions regarding this policy, please contact us at the address and or telephone number listed in these documents.

© 2008 The Entrust Group, Inc. rev. 11/08

# Entrust Group   Application

## Retirement Account Administrator

This is a fill in PDF form. To complete the application, click in an area and type. For the latest version of Adobe Acrobat Reader, visit the Adobe Acrobat web site located at http://www.adobe.com/products/acrobat/readstep2.html and download Acrobat Reader for free.

**For Office Use Only:**
Retirement account administrator: **Entrust Midwest, LLC (FBO)**

Client account number: _____
An account number will be assigned by the administrator and will be mailed to you.

## 1. Welcome to Entrust. Tell us who you are.

☒ Mr.   ☐ Mrs.   ☐ Ms.

**Online Statements**
☐ Yes ☒ No  If yes, provide your Email address below.

Phone (630) 773-3583

| | |
|---|---|
| Legal Name (Required): RONALD H. STEINBERG | Fax ( ) |
| Legal Address (Required): 512 S. CHERRY ST. | Cell ( ) |
| City, State, Zip: ITASCA IL 60143 | Occupation: SELF-EMPLOYED |
| Mailing Address (Optional): | Please indicate the county where you live: DU PAGE |
| City, State, Zip: | |

Social Security Number:

1943

## 2. What type of account would you like to open?

| | Account Type | | |
|---|---|---|---|
| ☒ | Traditional IRA | | |
| ☐ | Roth IRA | | |
| ☐ | Health Savings Account | | |
| ☐ | Beneficiary IRA | Original IRA Holder | |
| ☐ | Coverdell Savings Account | Depositor | |
| | | Responsible Person | |
| ☐ | Simple IRA (please attach employer plan documents) | Employer Name | |
| ☐ | SEP IRA (please attach employer plan documents) | Employer Name | |
| ☐ | Profit Sharing Plan (please attach employer plan documents) | Employer Name | |
| ☐ | Profit Sharing with 401(k) Provisions (please attach employer plan documents) | Employer Name | |
| ☐ | Money Purchase Plan ((please attach employer plan documents) | Employer Name | |
| ☐ | Defined Benefit Plan (please attach employer plan documents) | Employer Name | |

Page one of three

© 2003 The Entrust Group, Inc. rev. 8/03 AEF GAF 0803

## Application

### 3. How would you like to fund your account?

| ☐ **Annual Contribution:** | ☐ **Transfer Contribution** | ☐ **Rollover Contribution** | ☐ **Direct Rollover Contribution** |
|---|---|---|---|
| Year contribution for _____ Current or prior year contribution to your plan | Transfer from existing IRA or Employer Sponsored Plan. | Take receipt of the assets for up to 60 days before reinvesting in a new retirement plan. | Rollover from Employer Sponsored Plan. |

### 4. Who are your beneficiaries?

Primary beneficiaries receive your account proceeds upon your death. Contingent beneficiaries only will receive the account funds if there are no surviving primary beneficiaries when you die. Indicate your beneficiaries below:

| ☒ Primary ☐ Contingent | Name: **LYNN A. STEINBERG** | SSN: |
|---|---|---|
| | Address: **512 S. CHERRY ST.** | Relationship: **WIFE** |
| | City: **ITASCA** | State: **ILLINOIS** Zip: **60143** |
| | Date of Birth: **1943** | Share: **100** % |
| | *If I named a Beneficiary which is a Trust, I understand I must supply a copy or abstract of the Trust* | |

| ☐ Primary ☐ Contingent | Name: | SSN: |
|---|---|---|
| | Address: | Relationship: |
| | City: | State: Zip: |
| | Date of Birth: | Share: % |
| | *If I named a Beneficiary which is a Trust, I understand I must supply a copy or abstract of the Trust* | |

| ☐ Primary ☐ Contingent | Name: | SSN: |
|---|---|---|
| | Address: | Relationship: |
| | City: | State: Zip: |
| | Date of Birth: | Share: % |
| | *If I named a Beneficiary which is a Trust, I understand I must supply a copy or abstract of the Trust* | |

| ☐ Primary ☐ Contingent | Name: | SSN: |
|---|---|---|
| | Address: | Relationship: |
| | City: | State: Zip: |
| | Date of Birth: | Share: % |
| | *If I named a Beneficiary which is a Trust, I understand I must supply a copy or abstract of the Trust* | |

| ☐ Primary ☐ Contingent | Name: | SSN: |
|---|---|---|
| | Address: | Relationship: |
| | City: | State: Zip: |
| | Date of Birth: | Share: % |
| | *If I named a Beneficiary which is a Trust, I understand I must supply a copy or abstract of the Trust* | |

### 5. How did you hear about us?

☐ Internet   ☐ Advertisement   ☐ Article   ☐ Television   ☐ Radio   ☐ Other _____

☐ Referred by _____

© 2008 The Entrust Group, Inc. rev. 8/08 AEF GAF 0808

# Entrust Group Application

## 6. Spousal Consent

**Consent of Spouse:**

If your spouse has not been named the sole primary beneficiary, please have them sign the statement below.

*I have reviewed the above beneficiary designations and, as the spouse of the account owner, I consent to this beneficiary and that all contributions of money or property to be used for the purchase of such accounts to be issued in my spouse's name, whether heretofore, now or hereafter, and I relinquish all my statutory or other rights thereto.* ***Please print this form first, and then sign the documents.***

Spouse's Signature ______________________________ Date ______________

*If you would like give permission to another individual to access your account information (such as your spouse or other individual), you will need to complete the Limited Power of Attorney form or Interested Party Designation form.*

## 7. Your signature is required. Please read before signing.

The account holder shown on the front of this application must read this agreement carefully and sign and date this part. By signing this application, you acknowledge the following:

**Appointment.**
I appoint the institution as shown on the disclosure, provided separately, as the Custodian of my Account ("Custodian"), and understand that the Custodial Account Agreement and my Application comprise my agreement with the Administrator, shown in this application. The Administrator may change custodians to any institution permitted by law or by the undersigned. Written direction shall be construed so as to include facsimile signature. The account is established for the exclusive benefit of the Account holder or his/her beneficiaries.

**Adequate Information.** I acknowledge that I have received a copy of the Plan Agreement, Disclosure Statement and appropriate Financial/Fee Disclosures. I understand that the terms and conditions which apply to this Account, and are contained in these documents. I agree to be bound by those terms and conditions. If this is an IRA, I understand that within seven (7) days from the date that I open this Account, I may revoke it without penalty by mailing or delivering a written notice to the Custodian.

**Responsibility for Tax Consequences.** I assume all responsibility for any tax consequences and penalties that may result from making contributions to, transactions with, and distributions from my Account. I am authorized and of legal age to establish this Account and make investment purchases permitted under the Plan Agreement offered by the Custodian. I assume complete responsibility for: 1) Determining that I am eligible for an Account transaction that I direct the custodian to make on my behalf; 2) Insuring that all contributions I make are within the limits set forth by the tax laws; 3) The tax consequences of any contribution (including rollover contributions and distributions).
I certify under penalties of perjury:
1) that I have provided you with my correct Social Security or Tax I.D. Number; and
2) that I am not subject to backup withholding because: a) I am exempt from backup withholding; or b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or c) the IRS has notified me that I am no longer subject to backup withholding. You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return.

Except as described above, we will not release information about you to others unless you or a representative whom you have authorized in writing have consented or asked us to do so, or we are required by law or other regulatory authority.

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

Until such time as I change or revoke the designation, I hereby instruct the Custodian to follow the investment directions which I provide to Administrator in investing and reinvesting the principal and interest, as confirmed by direction letters to Administrator from the undersigned, for the above-referenced Account or other Custodial account for which Administrator serves as record keeper. You are authorized to accept written direction and/or verbal direction which is subsequently confirmed in writing by the authorized party, Administrator, or by the undersigned. Written direction shall be construed so as to include facsimile signature.

The account is established for the exclusive benefit of the Account holder or his/her beneficiaries. In taking action based on this authorization Custodian and Administrator may act solely on the written instruction, designation or representation of the Account holder. I expressly certify that I take complete responsibility for the type of investment instrument(s) with which I choose to fund my Account. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to, actions, liabilities, losses, penalties, fines and/or third party claims, arising out of my account and/or in connection with any action taken in reliance upon my written instructions, designations and representations, or in the exercise of any right, power or duty of Custodian and/or Administrator, its agents or assigns. Custodian and/or Administrator may deduct from the account any amounts to which they are entitled to the reimbursement under the foregoing hold harmless provision. Custodian and/or Administrator have no responsibility or fiduciary role whatever related to or in connection with the account in taking any action related to any purchase, sale or exchange instructed by the undersigned or the undersigned's agents, including but not limited to suitability, compliance with any state or federal law or regulation, income or expense, or preservation of capital or income. For purposes of this paragraph, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners.

In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian is named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees, and costs and internal costs (collectively "Litigation Costs"), incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, on demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian the outstanding balance of the Litigation Costs. If I fail to promptly reimburse the Litigation Costs, Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and/or Custodian will not be responsible to take any action should there be any default with regard to this investment. I understand that no one at the Administrator and/or Custodian has authority to agree to anything different than my foregoing understandings of the Administrator's and/or Custodian's policy. For purposes of this paragraph, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners.

In executing transfers, it is understood and agreed that I will not hold Custodian and/or Administrator liable or responsible for anything done or omitted in the administration, custody or investments of the account prior to the date they shall complete their respective acceptance as successor custodian and administrator and shall be in possession of all of the assets, nor shall they have any duty or responsibility to inquire into or take any action with respect to any acts performed by the prior Custodian, or Administrator.

If any provision of this Application is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect.

**Important Information for Opening a New Account**
To comply with the USA PATRIOT ACT, we have adopted a Customer Identification Program. All new accounts must provide a copy of an unexpired, photo-bearing, government-issued identification (e.g., driver license or passport). The copy must be readable so we can verify the client's name, driver's license number or state issued ID number. If a copy of a valid drivers license or an unexpired state issued IRA EZ Starter Kit ID card cannot be obtained, we will contact the client by telephone to verify their name, address, date of birth, and social security number.

**Our Privacy Policy**
You have chosen to do business with the custodian and administrator named on your account application. As our client, the privacy of your personal non-public information is very important. We value our customer relationships and we want you to understand the protections we provide in regard to your accounts with us.

**Information We May Collect**
We collect non-public personal information about you from the following sources to conduct business with you:
- Information we receive from you on applications or other forms;
- Information about your transactions with us, or others;

Non-public personal information is non-public information about you that we may obtain in connection with providing financial products or services to you. This could include information you give us from account applications, account balances, and account history.

**Information We May Share**
We do not sell or disclose any non-public information about you to anyone, except as permitted by law or as specifically authorized by you. We do not share non-public personal information with our affiliates or other providers without prior approval by you. Federal law allows us to share information with providers that process and service your accounts. All providers of services in connection with the custodian and administrator have agreed to the custodian and administrator's confidentiality and security policies. If you decide to close your account(s) or become an inactive customer, we will adhere to the privacy policies and practices as described in this notice.

**Confidentiality and Security**
We restrict access to non-public personal information to those employees who need to know that information to provide products and services to you. We maintain physical, electronic, and procedural guidelines that comply with federal standards to guard your non-public personal information. The custodian reserves the right to revise this notice and will notify you of any changes in advance.
If you have any questions regarding this policy, please contact us at the address and/or telephone number listed on this application.

I acknowledge receipt of a signed Fee Disclosure and receipt of the Account Agreement and Disclosure Statement and agree to abide by their terms as currently in effect or as they may be amended from time to time. I understand that failure to submit a signed Fee Disclosure will result in fees based on value of assets (See "Fee Disclosures").

I declare that I have examined this document, including accompanying information, and to the best of my knowledge and belief, it is true, correct, and complete. I acknowledge I have read the fee disclosure, the account agreement and account disclosure statement and agree to abide by their terms as currently in effect or as they may be amended from time to time. *PLEASE PRINT, SIGN AND MAIL THIS FORM TO YOUR ENTRUST OFFICE. DO NOT EMAIL THIS FORM AS IT CONTAINS SENSITIVE FINANCIAL INFORMATION.*

**Account Owner's Signature:** [signature] Date: 6-25-2009

© 2008 The Entrust Group, Inc. rev. 8/08 AEF GAF 0808

# Traditional & Roth
# Fee Schedule

## Traditional and Roth Fee Schedule

### Please Select One Option and Check Only One Box

[X] **Option One: Fee Based on Number of Assets**
To Establish an Account: $50
**Annual Record Keeping Fee(s)**
Minimum Annual Record Keeping Fee: $250
Per Asset and/or Liability per year: $250 paid at time of acquisition
*For example:*
An account with one investment: $250 per year.
An account with six investments: $1,500 per year

[ ] **Option Two: Fee Based on Asset Value of Account**
To Establish an Account: $50
**Minimum Annual Record Keeping Fee: $125**
**Maximum Annual Record Keeping Fee: $1,850**

*Please note: Fees are charged on an incremental basis.*

| If the Asset Value is between: | Multiply Value by: |
|---|---|
| $1 to $20,000 | 0.0085 |
| $20,001 to $80,000 | 0.0065 |
| $80,001 to $180,000 | 0.0055 |
| $180,001 to $300,000 | 0.0045 |
| $300,001 to 500,000 | 0.0035 |
| $500,001 to up | 0.0030 |

*For example:*
The fee for $50,000 account is $365 per year. This is calculated as:
$20,000 x .0085 = $170; $30,000 x .0065 = $195; $170 + $195 = $365

### Miscellaneous Fees

- Purchase, Sale or Exchange of any Asset $95
- Wire Transfers: $25
- Required Minimum Distributions by check: No Charge
- Cashier's or other Official Bank Check: $10, Trust Check: $5
- Overnight mail: $30
- Returned items of any kind: $25 per item
- Reprocessing of incomplete documents are charged $25 per reprocessing, plus applicable fees.
- Special Services, such as research of closed assets or accounts, legal research, or special handling of transactions: $150 per hour.
- Loan or Mortgage Servicing Set-up fee $95; Demand for Payoff (applies to loans serviced by us): $150 per request
- Re-registration of assets: $100, plus actual expense of transfer agents when applicable.
- In kind distributions are charged the sale and re-registration fees, plus actual expense of charges from third parties.
- Partial or Full Termination, which includes transfers of assets from your account to anyone, is calculated on one-half of one percent of the asset value of the amount transferred, plus sale transaction charges for each asset. This includes lump sum distributions, but does not include normal eligible distributions. Minimum fee for this service: $150. Annual Record keeping Fees are not prorated when an account closes.

Annual Record keeping fees are normally withdrawn from your un-invested funds within 30 days after the invoice date, unless you prefer to pay directly by check, credit or debit card. Fees paid from your account will be reflected on your statement. You may also prepay fees by check, credit or debit card or charge to your account. If there are insufficient un-invested funds in your account, we may liquidate other assets in your account to pay for such fees after 30 days from notifying you, in accordance with your Plan and Trust Disclosure. Your un-invested cash is placed in FDIC insured banks through your custodial bank. We will make our best effort to notify you of all changes to your fee schedule within 30 day notice posted on the internet on our website at www.theentrustgroup.com. If you do not have access to the internet please let us know so that changes may be sent to you in written form. **In accordance with your Account Application, this Fee Disclosure is part of your Agreement with the Administrator and must accompany your Application. If a signed Fee Disclosure is not received with your Application, fees will be based on "value of assets." PLEASE PRINT, SIGN AND MAIL THIS FORM TO YOUR ENTRUST OFFICE. DO NOT EMAIL THIS FORM AS IT CONTAINS SENSITIVE FINANCIAL INFORMATION.**

Printed Name _RONALD H. STEINBERG_

Signature _Ronald H. Harris_     Date _6-25-2009_

AEF-TFS 0807     © 2008 The Entrust Group, Inc. rev. 1108

## Entrust Group     Transfer Form

**Use this form to:**
- Move assets directly from one custodian to another custodian without taking receipt of the funds.
- Make a transfer contribution to an Entrust account. Please do not use this form to make a direct rollover.

Please return this completed form (along with your IRA Application or Adoption Agreement, if you are opening a new account) to your Administrator (the company that performs record keeping and administration of your plan on behalf of custodian). This form instructs the Custodian or Trustee of your present IRA/Employer Plan to transfer your assets to your self directed account with us. We will arrange for the transfer on your behalf.

Administrator: Entrust Midwest, LLC (FBO) _____

### Part 1. Tell us who you are

Name (Your name as it appears in your plan) **RONALD H. STEINBER**   Entrust Account #: _____

Social security number: (Required) _____ Phone: **630-773-3583**

Legal Address (Required) **512 S. CHERRY**

City, State, Zip **ITASCA IL 60143**

### Part 2. Your funds are CURRENTLY held at:   SEE COPY OF PAGE 1 OF STATEMENT

Name of Custodian/Trustee **JOHN HANCOCK / MANUAL LIFE FINANCIAL**   Account number _____

Office address **200 BLOOR ST EAST**

City, State, Zip **TORONTO ONTARIO CANADA M4W1E5**

Phone number **800-333-0963**   Contact name: _____

### Part 3. Transfer

**1. I am transferring to the following type of plan.** (Check one. Must be transferred into like plan.)

☒ Traditional ☐ Roth ☐ SEP ☐ SIMPLE ☐ ESA ☐ HSA ☐ Profit sharing plan (including 401(k)) ☐ Money purchase plan
☐ Defined benefit plan ☐ Other

Name of Plan _____

**I am an eligible person to perform this transaction:** (Select One)

☒ IRA holder,    ☐ Trustee of employer sponsored plan
☐ Spouse beneficiary of account    ☐ Non-spouse beneficiary of account
☐ Ex-Spouse of account due to divorce/legal separation    ☐ Responsible individual or plan participant

### Part 4. Asset transfer request to Entrust

**How would you like this transfer request sent to your current custodian?**

☐ Please transfer cash per the following: ☐ Via check ☐ Via wire (Fees may apply.) Delivery instructions are attached.
Option #1 ☐ Express Delivery (fees may apply) Payment via: _____ Option #2 ☐ USPS Regular Delivery

☐ **This is a COMPLETE transfer to my self directed account.** (Attach your most recent statements from your prior trustee or custodian and a clear copy of a photo ID.)

☐ Please liquidate asset(s) and transfer cash to _____ FBO (my name) The term "liquidate asset(s) and transfer cash" will result in investments being sold and cash proceeds forwarded. Entrust office # _____ Custodian name _____ (IMPORTANT: Contact your current Custodian to inquire about their liquidation/transfer process.)

☐ Please transfer all assets IN KIND (Stock, Bond, Mutual Funds, Real Estate, LLCs, etc.) to **Entrust Midwest, LLC** _____ FBO (my name) The term "in-kind" refers to the re-registration of an investment. Office name

☐ Please transfer cash to **09** _____ **International Bank & Trust** _____ FBO (my name) Entrust office #   Custodian name

☒ **This is a PARTIAL transfer to my account.** (Attach your most recent statements from your prior trustee or custodian and a clear copy of a photo ID.)

☒ Send $ **230,000.00** in cash to **International Bank & Trust** _____ FBO (my name) Entrust office #   Custodian name

☐ Send the following assets described below to **Entrust Midwest LLC** _____ ☒ FBO (my name) Office name

transfer form 1     © 2006 The Entrust Group, Inc. rev. 1/08 TRA TRA 1108

### Entrust Group — Transfer Form

| Asset description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

☐ Delivery instructions are attached.  ☐ Current statement is attached.

**Part 5: Signature for transfer of a qualified retirement account** (This does not constitute a direct rollover)

1. I hereby agree to the terms and conditions set forth in this Account Asset Transfer Authorization and acknowledge having established a self-directed account through execution of the __Entrust Midwest  LLC__ ☒ (Name of plan) account application.
2. I understand the rules and conditions applicable to an Account Transfer
3. I qualify for the account transfer of assets listed in the Asset Liquidation above and authorize such transactions.
4. I understand that no one at Entrust or any of its licensees has authority to agree to anything different than my foregoing understandings of Entrust policy.

Your Signature _____
(Name of account holder or plan trustee, if employer plan)

Date __6-25-2009__

**For transfer of employer sponsored plan**

Name of trustee authorizing transfer: _____

Address: _____

City, State, Zip Code: _____

**FOR OFFICE USE ONLY**

Type of Account (check one):
☐ Traditional  ☐ Roth  ☐ SEP  ☐ SIMPLE  ☐ ESA  ☐ HSA  ☐ Profit Sharing Plan/Qualified 401(k)  ☐ Money Purchase Plan
☐ Defined Benefit Plan
☐ Other _____ Name of Plan _____
Type of Plan _____

**FOR OFFICE USE ONLY: Acceptance of Receiving Custodian**

Pursuant to a limited written delegation _____ International Bank & Trust _____ as Custodian (Custodian) has authorized
__Entrust Midwest  LLC__ (Entrust affiliate office) to sign this form on the Custodian's behalf to verify the Custodian's
acceptance of the transfer or direct rollover. This receiving custodian hereby applies the acceptance of the transfer to the Account established by
__Entrust Midwest  LLC__ _____ on your behalf _____ International Bank & Trust _____
N/A ASSUMES NO TRUST OR FIDUCIARY OBLIGATIONS OF N/A AS N/A HAS RECEIVED THE CONTROL OVER OUR FUNDS AND ACTS ONLY AS CUSTODIAN OF
YOUR FUNDS.
__Entrust Midwest  LLC__ _____ International Bank & Trust
(franchise) on behalf of Custodian

By: _____

Date: _____

FBO Account #: _____

©2006 The Entrust Group, Inc. TFA-0309

# Entrust Group
## Self-Directed Retirement Plan Services
## Interested Party Designation & Limited Power of Attorney

*The name of the company that performs record keeping and administration of your plan on behalf of custodian named in the account application.*

## General Information

Account holder **RONALD H. STEINBERG**                    Account number _____

## Interested Party Designation

*Please complete the information below to authorize your spouse, financial advisor (broker, financial planner, accountant, attorney, or other person etc.) to receive information about your account. Please note that this individual will have unlimited access to your account information, but they will not be able to make changes to your account. This form must be completed in full and will only be accepted with original signatures.*

Name of Interested party **Pat Kiley / Julia Smith**

Interested party street address **12644 Tiffany Court, Suite 100**    City **Burnsville**    State **MN**    Zip **65337**

Telephone number: ( **888** ) **292-8206**       FAX number: ( **888** )  **292-8208**

Email address: **patk@popp.net**

*This Designation will remain in effect until the Administrator has received written notice of revocation from the Account Holder. Account Holder agrees to indemnify and hold harmless Administrator, its affiliates, officers, employees and/or Custodian, against all claims, actions, costs and liabilities, including attorneys' fees, arising out of their reliance on this Designation. This indemnity and hold harmless provision shall survive any Termination of this Designation.*

## Limited Power of Attorney

*This LPOA gives your designated agent the power to conduct all transactions (with the exceptions noted below) in your Account. Please read carefully before signing. This form must be completed in full and will only be accepted with original signatures.*

I hereby authorize _____ to be my agent and attorney-in-fact to conduct all transactions, except as limited below, to the extent of the terms as previously agreed to in my Individual Retirement Account Application. *This LPOA may not be used to direct distributions or transfers.*

Name of Attorney-in-Fact _____

Attorney-in-Fact street address _____    City _____    State _____    Zip _____

Telephone number: ( _____ )                    FAX number: ( _____ )

Email address: _____

This LPOA will remain in effect until the Administrator and/or Custodian has received written notice of revocation from the Account Holder.

I understand that neither the Administrator nor the Custodian is a "fiduciary" for my account and/or my investment as such terms are defined in the IRC, ERISA, and/or any applicable federal, state or local laws. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to actions, liabilities, losses, penalties, fines, attorneys' fees, and/or third party claims, arising out of and/or in connection with their reliance on this LPOA. This indemnity and hold harmless provision shall survive any Termination of this LPOA. In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian are named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees, and costs and internal costs (collectively "Litigation Costs"), incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, on demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian the outstanding balance of the Litigation Costs. If I fail to promptly reimburse the Litigation Costs, Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and or Custodian will not be responsible to take any action should there be any default with regard to this investment. For purposes of this paragraph, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners.

If any provision of this LPOA is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect.

Signature of Attorney-in-Fact _____

## Signature

**PLEASE MAIL THIS FORM TO YOUR ENTRUST OFFICE.**

Account Holder Signature *Ronald Steinberg*                    Date **6-25-2009**

**NOTARY CERTIFICATION REQUIRED**

STATE OF _____
COUNTY OF _____

I hereby certify that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared _____, ☐ to me personally known or ☐ who produced the foregoing _____ as identification, to me known to be the person described in and who executed instrument and acknowledged before me that he executed the same.

Witness my hand and official seal in the County and State last aforesaid this _____ day of _____ _____.

Notary Public _____

# The Entrust Group
Self-Directed Retirement Plan Services

## Buy Direction Letter

Entrust Midwest, LLC
12800 Industrial Park Blvd. Suite 220
Plymouth, MN 55441
p: (763) 559-5363
f: (763) 559-5365

**For office use only.**

Note – Indicate whether this direction letter:
☐ Is the original            ☐ supersedes the direction letter sent on date_____ /time:_____
☐ Is the original faxed on this date_____ / time:_____ to FAX number_____

If you will be using funds from other accounts and/or qualified plans administered by us, please use separate Buy Direction Letters for each IRA and/or qualified plan. You may photocopy this form for this use.

Administrator:  **Entrust Midwest, LLC**
The name of the company that performs record keeping and administration of your plan on behalf of custodian named in the account application.

**Form Instructions:**
1. Please complete General Asset Information section.
2. Locate your asset type within this document and complete that section.
3. Sign and date this form and return the original signed copy to your local Entrust office.
4. Maintain a copy for your records.

## General Asset Information

| 1. Name (as it appears on your account application) | 2. Account number |
|---|---|
| RONALD H. STEINBERG | |

3. Escrow/Title Co./Attorney/s:

I hereby authorize and direct the administrator and/or custodian to **BUY** the following asset for my account:

4. Asset name, description or property address:

Crown Forex SA, St.Hubert 38 , 2854 Bassecourt P.O.Box 247 , Switzerland

5. Transaction fee to be paid by:

Choose One:
☐ Your Account
☒ Check

☐ Credit Card  Card Type:_____   Card Number:_____
Exact Name on Card:_____   Security Code:_____   Expiry Date:_____
Signature:_____

6. Delivery Instructions:

Choose One ☒ Wire (Please complete wiring instructions)  ☐ Make check payable to Payee/Seller_____

Payee/Seller Mailing Address_____   City_____   State_____   Zip_____

## A. Real Estate   Complete this section if purchasing real estate

| A1. APN # / legal description: | A2. Total purchase price (contract price) | A3. Deposit amount |
|---|---|---|
| | | $ |

| A4. Percentage of ownership % | A5. Is the property to be mortgaged?  ☐ YES  ☐ NO |
|---|---|

## B. Notes   Complete this section if making a note purchase

I hereby authorize and direct the administrator and/or custodian to BUY the following asset for my account:

☐ Buy existing note  ☐ Create new note  ☐ Carry back from a real estate sale  ☐ Unsecured note
☐ Note secured by_____

| B1. Borrower(s) name(s): | B2. Borrower's address: |
|---|---|
| | |

| B3. Telephone no. | B4. Social security number of payer: |
|---|---|
| | |

## The Entrust Group
Self-Directed Retirement Plan Services

## Buy Direction Letter

Entrust Midwest, LLC
12800 Industrial Park Blvd. Suite 220
Plymouth, MN 55441
p: (763) 559-5363
f: (763) 559-5366

**B5. Property address** (the address where a piece of property is located; the physical address and legal name where the asset is located)

| B6. Your percentage of ownership of this note | B7. Purchase price | B8. Note amount (face amount of note) |
|---|---|---|
| % | $ | |

| B9. Principal balance (remaining balance) | B10. Frequency |
|---|---|
| $ | ☐ Monthly ☐ Annually ☐ Interest Only ☐ Amortized ☐ Other |

| B11. Interest Rate | B12. Payment amount | B13. Maturity date (mm/dd/yyyy) |
|---|---|---|

**B14. Name, address and phone number of loan servicer** (if check this box) ☐

**B15. Administrator MUST be in receipt of the original note prior to funding**

**B16. All vesting to read:**

FBO _____ Account# _____
e.g. Your Name (For Example ABC Administration FBO John Doe, Account 00000 John Jones Profit Sharing Plan FBO John Jones Account 00000)

## C. General Buy Direction Authorization - Complete this section if purchasing assets other than real estate or notes

| C1. Quantity (amount of units or shares you are buying) | C2. Price (amount you are paying per unit or share) | C3. Total purchase price (the total dollar amount you are paying) |
|---|---|---|
| 230,000.00 | $ 1.00 | $ 230,000.00 |

## D. Prior to funding, all transaction documents must be noted, "read and approved" with your signature and date.

I understand that my account is self-directed and that the Administrator and Custodian named in the disclosure statement received when the account was established will not review the merits, legitimacy, appropriateness and/or suitability of any investment in general, including, but not limited to, any investigation and/or due diligence prior to making any investment, or in connection with my account in particular. I acknowledge that I have not requested that the Administrator and/or Custodian provide, and the Administrator and/or Custodian have not provided, any advice with respect to the investment directive set forth in this Buy Direction Letter. I understand that it is my responsibility to conduct all due diligence, including, but not limited to, search concerning the validity of title, and all other investigation that a reasonably prudent investor would undertake prior to making any investment. I understand that neither the Administrator nor the Custodian determine whether this investment is acceptable under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that neither the Administrator nor the Custodian is a "fiduciary" for my account and/or my investment as such terms are defined in the IRC, ERISA, and/or any applicable federal, state or local laws. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to, actions, liabilities, losses, penalties, fines and/or claims by others, arising out of this Buy Direction Letter and/or this investment, including, but not limited to, claims that an investment is not prudent, proper, diversified or otherwise in compliance with ERISA, the IRC and/or any other applicable federal, state or local laws. In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian are named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees, and costs and internal costs (collectively "Litigation Costs"), incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, on demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian the outstanding balance of the Litigation Costs. If I fail to promptly reimburse the Litigation Costs, Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and/or Custodian will not be responsible to take any action should there be any default with regard to this investment.

I am directing you to complete this transaction as specified above. I confirm that the decision to buy this asset is in accordance with the rules of my account, and I agree to hold harmless and without liability the Administrator and/or Custodian of my account under the foregoing hold harmless provision. I understand that no one at Administrator and/or Custodian has authority to agree to anything different than my foregoing understandings of Administrator's and/or Custodian's policy. If any provision of this Buy Direction Letter is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect. For purposes of this Buy Direction Letter, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners. I declare that I have examined this document, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature: _____  Date: 6-25-2009

*Please read the disclosure above the signature line before signing and dating.*

© 2006 The Entrust Group, Inc. rev. 6/07 TRA BDI 0807

## EnTrust Group

**Commodity/Futures/Foreign Exchange Trading Authorization Agreement**

**TO: Administrator Regarding Commodity Futures Contracts, including Foreign Exchange Contracts**

The undersigned ("Grantor") hereby issues these instructions to ___Entrust Midwest, LLC___ as the agent for Custodian of Grantor's self-directed individual Retirement Account ("IRA") and/or qualified retirement plan (the "Plan") identified below (the IRA and the Plan are collectively referred to as the Plan), as follows:

### 1. Establishment of Brokerage Accounts.

1. Grantor desires to invest a portion of the assets in the Plan in commodity futures contracts and/or options, including Foreign Exchange Contracts (collectively referred to as "Futures").

2. In accordance with such desire, Grantor hereby instructs Administrator to establish one or more commodity trading accounts (the "Accounts") with such brokerage firms as Grantor may direct in writing ("Brokers") for the purpose of trading Futures.

3. Solely in its capacity as agent for Grantor, Custodian shall receive, execute and deliver to such brokerage firms such agreements, authorizations, and other documents as are presented to it by Brokers to open and maintain the Accounts, including, without limitation, any customer applications; customer signature forms; partnership, trust or joint account forms; arbitration agreements; transfer forms; riders to customer agreements for Qualified Plan and Individual Retirement Arrangements, and the disclosure statement required by applicable regulations of the Commodity Futures Trading Commission. Administrator may include appropriate exculpatory language regarding its role in such documents. Grantor acknowledges that it has received, reviewed, understands and has signed copies of all such documents.

4. The duties and obligations of Administrator pursuant to any brokerage agreement entered into on behalf of the Plan (including, without limitation, the obligations imposed relating to indemnification, margin requirements and security) shall only apply to Administrator as the Administrator of the Plan and not personally, and that all of the duties and obligations contained in any Customer Agreement entered into with a Broker at the direction of Grantor shall apply to and bind Grantor. Any liability incurred arising out of or related to this agreement will be paid from the assets of the Plan and not by Administrator individually.

### 2. Limitations on Futures Trading.

1. Administrator may waive the limitation under paragraph 2.1. only if (i) Grantor has entered into a written advisory agreement with a Commodity Trading Advisor (CTA) and provided a copy of such agreement to Administrator or (ii) Grantor has provided Administrator a written request for waiver and explanation of other circumstances which would warrant a waiver of such limit and Administrator has agreed to such waiver in writing. Notwithstanding any such waiver, Grantor understands and agrees that a minimum cash deposit must remain in the Plan in an amount deemed necessary by Administrator.

### 3. Transactions through Brokerage Accounts.

1. Grantor hereby directs Administrator, without the necessity for further instruction, to pay to Broker out of the assets of the Plan any and all amounts which Broker may from time to time request to satisfy margin calls, deficit balances or other obligations of the Plan arising from, or in connection with, the Accounts. Any such payment may be made with or without prior notice to Grantor; provided, however, that whether or not any such notice is given shall in no way affect Administrator's duty to promptly pay Broker such amounts as it requests pursuant to the foregoing direction.

2. In making any payment as instructed in paragraph 3.1, Administrator shall have no liability for any action taken or omitted to be taken by it as a result of its reasonable reliance upon instructions or information given to it by Broker. Grantor shall indemnify Administrator, its shareholders, directors, officers, employees and their respective successors or assigns from and against any and all claims, demands, proceedings, actions, liabilities, expenses and costs (including attorneys' fees and amounts paid in settlement) arising out of, or directly or indirectly relating to or resulting from the Accounts or the fulfillment of Administrator's duties provided for herein.

### 4. Representations and Warranties. Grantor hereby represents, warrants and acknowledges as follows:

1. Grantor is the creator, beneficial owner, and Grantor of the Plan;

2. As a self-directed plan, Grantor possesses the exclusive authority under the documents establishing the Plan to make investment decisions for the Plan;

3. Administrator is not responsible for nor liable for any investment decisions made by Grantor for the Plan;

4. Administrator shall not exercise or have any authority to exercise any discretionary control respecting the management, administration, or disposition of the Plan or its assets, nor shall Entrust render or have any authority or responsibility to render any investment advice with respect to any monies or other assets of the Plan.

5. Grantor has determined that Futures transactions by the Plan are prudent and suitable for the Plan in view of the Plan's investment objectives and the risks associated with investment in the Plan. Grantor shall make a similar determination with respect to each individual transaction which it instructs Administrator or Brokers to engage in on behalf of the Plan, and Administrator shall have no responsibility with respect to such determination or the execution of such transactions.

6. Grantor acknowledges that the establishment of the Plan and all transactions executed through the Plan are subject to certain restrictions under Section 406 of ERISA and Section 4975 of the Code.

7. Grantor acknowledges that (if the Plan is an IRA) certain transactions engaged in by an IRA may cause the IRA to lose its tax-exempt status, and/or may result in the recognition of taxable income under Sections 511-514 of the Code. As a result, Grantor specifically represents and warrants that, with respect to each transaction to be executed through the Plan, Grantor has or will determine that the transactions in the Plan are appropriate for and consistent with the status of the Plan as a tax-exempt IRA.

8. Grantor understands that investment in commodity futures contracts and/or options is highly speculative in nature and subject to risk of loss, which may be greater than those of other investment vehicles in which retirement funds may be invested. Grantor represents that it has evaluated such risks and warrants that the investment by the Plan is prudent and suitable in view of the Plan's assets, other investments and retirement objectives. Grantor further understands and agrees that the investment of retirement funds in commodity futures contracts, as with any other type of investment, may involve income tax considerations and consequences for which Administrator neither renders advice nor assumes any liability whatsoever.

9. Grantor acknowledges and agrees that all of the representations and warranties set forth herein and in any other documents executed by Grantor in connection with the establishment and operation of the Accounts are true and correct. Grantor shall immediately notify Administrator in writing if any of the foregoing representations and warranties cease to be true and correct. Unless and until Administrator receives such notification, it shall be entitled to rely on the truth and accuracy of the foregoing representations and warranties.

### 5. Binding Effect.

1. Notwithstanding any contemporaneous or subsequent communications (whether written or oral) to the contrary given by Grantor to Administrator, the authorizations and directions contained herein may not be revoked by Grantor for any reason whatsoever, so long as any Account remains open or so long as any amount due and owing, or claimed to be due and owing, to Broker remains outstanding.

2. The authorizations and directions contained herein shall be binding upon Grantor's heirs, successors, and legal representatives.

Executed on ___JUNE 25___, 20_09_ ___ENTRUST MIDWEST LLC FBO: RONALD H. STEINBERG___

By: _____

© 2006 The Entrust Group, Inc. rev. 1/07 TRA COM 0807

Entrust Midwest, LLC

## Prohibited Transactions and Self-Dealing

 EntrustGroup

The most frequently asked questions about self-directed retirement plans are about which kinds of transactions are permitted, and which are not. How much freedom do you have when it comes to investing with your tax-free or tax-deferred IRA?

It is interesting to note that the IRS tax code addresses this question by outlining and defining what is prohibited, or what you cannot do. The tax code does not list what you can do. Self-dealing transactions are prohibited. The terms "self dealing" and "prohibited transaction" may be used interchangeably. There is little in the way of guidance or direction regarding what is allowed, in specific terms. Therefore it is important to understand the basic intent of your retirement plan, and the language that defines prohibited transactions.

Fundamentally, your retirement plan is intended to benefit you when you retire, and not before then. This simple concept is helpful in understanding the rules on permitted uses of your IRA. If you are planning any transaction which clearly appears to confer direct benefits to you prior to retirement, you should carefully examine the legality of such a transaction.

A working knowledge of several terms is invaluable in examining your options. The meanings of words like "You," "Individual Retirement Account," "Plan," "Disqualified Persons" and "Transactions" may not apply in obvious ways. Exploring these phrases in the context of this specialized subject helps to simplify things:

"**You**" are not the Individual Retirement Account. You and the IRA are two entirely separate entities. You establish an IRA, also called a trust for your benefit, through a legally permitted entity, such as Entrust Midwest LLC. Your trustee or custodian, Entrust Midwest LLC acts on your behalf, based on your direction.

An "**Individual Retirement Account**," also known as a "**Plan**," is a type of individual retirement arrangement which allows tax deferrals or permits tax-free accumulation of money. This account (IRA) is opened so that transactions you direct may be processed on your behalf by your trustee or custodian.

"**Transactions**" are the means of moving funds into your account and making use of the funds in the account. These include **contributions, transfers, purchases, sales, and distributions.**

**Contributions** are those transactions in which you deposit money to your account based on the legal limits in accordance with your earned income. Rollovers are a different kind of contribution that is permitted.

**Transfers** are the moving of your IRA funds from your current IRA holder.

**Rollovers** are the moving of your funds from an employers plan.

**Purchases** are the acquisition of assets which you direct through your custodian or trustee. (Accounts opened with insurance companies generally purchase Individual Retirement Annuities). You may *never* purchase an asset and then contribute it to your IRA—purchases must be done inside your plan. Only cash may be contributed, as noted previously.

**Sales** are transactions in which you direct your trustee or custodian to sell an asset from your account, the proceeds of which (cash or other property) remain in your account.

**Distributions** are withdrawals from your account typically after the age of 59 1/2. You request withdrawals, in cash or in kind, from the trustee or custodian, to be made payable to you. If you ask that such withdrawal payments or assets be conveyed to a third party, it still counts as a withdrawal to you. This is very important information as regards traditional IRAs, where distributions or withdrawals are taxable events. While distributions from Roth IRAs are generally tax-free, the same principals generally apply.

Entrust Midwest, LLC

By now it is clear that "You" and your IRA are different, and your trustee or custodian acts on your behalf based on your direction. By inference, it is clear that "you" can never "buy" for an IRA. Instead, you open an Individual Retirement Account, and then direct the purchase of an asset, through the process of opening the account, and by a separate Buy Direction Letter. A prohibited transaction is generally defined as the improper use of your IRA by you or any disqualified person.

**For IRAs, a partial list of disqualified persons is: (See IRS Publication 4975)**

◊ The IRA holder and his or her spouse; The IRA holders ancestors, lineal descendants and their spouses;

◊ Investment advisors and managers;

◊ Any corporation, partnership, trust or investment in which the IRA holder already has a 50 percent or greater interest.

◊ Anyone providing services to the IRA such as the trustee or custodian.

**So, what is prohibited?**

Your Plan may not, directly or indirectly, buy, sell, exchange, or lease any property to or with you or a disqualified person. This includes lending money or extending credit. Your Plan cannot furnish goods, services, or facilities to you or a disqualified person. Neither you nor a disqualified person can transfer assets to each other, or use or benefit from an asset in the plan.

**There are some exemptions.**

A contract or reasonable arrangement made with a disqualified person for office space, or legal, accounting, or other services necessary for the establishment or operation of the plan is allowable, if no more than reasonable compensation is paid therefore.

The exemption may include servicing notes which you have directed to be purchased, and managing property which you have directed to be purchased. It does not include leasing back property to yourself or a disqualified person, if acquired by your direction in a plan. Nor does it include compensation to you or a disqualified person for rehab work performed on an asset in your plan.

The actions which cannot be performed by you or a disqualified person may, however, be accomplished through some other party. You may locate a person who handles similar types of investments with their plan assets, and arrange a mutually satisfactory arrangement. In other cases, siblings can accomplish what would otherwise be prohibited.

In summary, prohibited transactions (self dealing) are those transactions that violate the basic intent of your IRA. They do not impose unacceptable limitations. On the contrary, there are numerous methods which do not violate the law that can be used to meet your long term objectives, and allow you to get the most out of your plan. A complete understanding of the applicable rules is encouraged, in order that you realize all the benefits available to you in directing your IRA.

Please sign this document; Name / IRA# / Signature / Date that the IRA Client understands these IRS Prohibited Transaction & Self Dealing Issues and Return to Entrust Midwest LLC.   Thank You.

Entrust Midwest LLC (FBO) _____   IRA# _____
                                   (Name as it appears on your Account Application)

_____                     6-25-2009
(IRA Client Signature)                         (Date)

Creekview Office Building ▪ 12800 Industrial Park Blvd. ▪ Suite 220 ▪ Plymouth, MN 55441-3974
Office: 763-559-5363 ▪ Fax: 763-559-5365 ▪ www.TheEntrustGroup.com ▪ Info.Midwest@TheEntrustGroup.com

Please initial each line and sign at the bottom

## New Account Time Line Initials:

1) Processing paper work to open an account can take 48 business hours once we have all the paper work that is needed to open the account.
2) After an account is processed an account number then will be assigned.

## Funding your Account Initials:

1) Funding/Transfers for funding your new account or an existing; can take 72 business hours to process in our office.
2) Once the Transfer/rollover form leaves our office either by mail or if you request overnight service for $30.00.
WE HAVE NO CONTROL OVER WHEN THE FUNDS WILL ARRIVE AT ENTRUST! This will be up to you to call your current administrator to make sure they are processing your paperwork, because we are not their client.
3) Notification: you will be notified once your funds arrive at Entrust Midwest LLC via E-mail. Please make sure your e-mail address on your application is the one you want us to use.

**All checks will be held for 7-10 business days, by the custodial bank until the check clears. Incoming wires are held for 48 hours, by the custodial bank.**

## Transaction Time Line Initials:

1) Processing paperwork to buy an investment, we must always have all of our required forms and the forms for that particular investment.
2) Processing time up to 4 business days to make sure all documents are correctly filled out. We must have every last detail for doing this transaction from you before this can go into the accounting department.
3) Please send all the paper work at one time. This will ensure a timely transaction.
4) Once we have all required documents for that transaction and they have been signed by the President, Melissa Twaddle then they will be sent to accounting to fund.
5) Funding an investment, you must have funds in your account, all fees will be taken out of your account first then we will fund the investment.
6) **Funding time can take up to 72 business hours.**
Funding fee's $95.00 per transaction, $25.00 wiring fee, $30.00 overnight fee, Check fee $5.00

## Distributions-Withdrawals Initials:

1) We must receive the distribution form completed; processing can take up to 72 business hours to send out the funds via Check charge $5.00 or Wire charge $25.00.

I have read the above timeline and understand the terms.

Signature:



# CUSTOMER AGREEMENT

## Individual and Joint Accounts

### INSTRUCTIONS

Fill in the customer trading agreement by typing. Make sure all data is complete, accurate, clear and readable.

- Our PDF files allow type in. If your email address is handwritten, sometimes it may be hard to read. Any error in reading your email address may result into not receiving your new account confirmation, login and password.

#### MANDATORY DOCUMENTS

1. Customer agreement signed in original.
2. A notarized copy (certified as conform to the original) of a valid passport or ID card incorporating a photo and signature.
   - Please make sure that the notarized copy of your passport or ID card (copy of your passport or ID card certified as true copy) is sent in original.
3. A recent utility bill such as electricity bill, phone bill, etc., or any other official proof of address.
4. Minimum deposit required to open an account:

   $10,000,000 USD

The Trading Agreement along with the mandatory documents must be sent by post (DHL, FedEx, UPS, or other postal services) to Basel Institutional's registered address:

**BASEL INSTITUTIONAL**
Avenue de la Gare
2800 Delémont
Switzerland.

### PROCESSING

1. When we receive the customer trading agreement and the required mandatory documents, our compliance department will examine your application.

   - No accounts will be opened unless the agreement is signed in original in all designated areas, and complete. The application has to enclose all the required mandatory documents, dully notarized.
   - Notarizations can be obtained through the Swiss Consulate or any other official authority such as Public Notary, Public Office (Administration), and Banks, any office that issues IDs or passports, Court, or any other notarization equivalent to the former mentioned. Notarizations in English, French, Italian, Romanian, German, Spanish, Japanese, Chinese, Persian, Portuguese, Russian and Arabic are accepted.
   - In case information or documents are missing, the process will be delayed.

2. Once the customer trading agreement is approved, Basel Institutional staff will establish an account for you. The account details along with wiring information will be sent to you at the email address provided in the trading agreement.

3. Once funds are wired and deposited in the client account, the client trading account will be activated within one business day to begin trading.

We recommend that you get in contact with our support team for further assistance and for help on the account opening requirements.



EXHIBIT

C



## CUSTOMER ORDER AUTHORIZATION

*AND*

## LIMITED POWER OF ATTORNEY

Account Holder Name: _____

Account No.: _____

(Collectively referred to as "Account", unless otherwise specified)

I/We, the undersigned, in my quality of **Basel Institutional**, Customer hereby authorizes and appoints:

First Name: _____  Last Name: _____

Nationality: _____  Place and Date of Birth: _____

Permanent Address
(Street name and number)  _____

P.O.Box: _____

Postal Code (Zip): _____  City: _____  State: _____  Country: _____

Direct Contact Number: _____  Email Address: _____

### OR

Company Name*: _____  Country of Registration: _____

Contact Person: _____

Email Address: _____  Mobile/Direct No.: _____

*If the appointed party to manage your account is a company, it is compulsory to specify a contact person and his/her contact details.

Entry Fees (%): _05875

Performance Fees (%): _____

Management Fees (%): _____

Commission: _____  USD per 1,000,000 base currency transacted.

extra pips to be added to the spread.

Product Description: _____

Redemption Fee*:   1st year: 4%   3rd year: 2%

2nd year: 3%   4th year: 1%

* Redemption fees described only apply to managed products and not to self-directed accounts.

1.  I/We hereby authorize Basel Institutional to accept orders from the Agent for and in every respect concerning transactions for my/our Account(s) (without limiting Basel Institutional's right refusal to accept particular orders). My/our Agent is authorized to act for me/us in giving orders for transactions for my/our Account(s) in the same manner and with the same force and effect as I/we might or could do with respect to such orders for transactions for such Account(s) in accordance with my/our Customer Account Agreement and all other things necessary or incidental thereto

except as expressly provided in Clause 3 hereof.

2.  My/our Agent shall have no authority to withdraw or give instructions for payment of any sums payable, or delivery of any property deliverable under or in respect of transactions on my/our Account(s) to any person other than me/us. My/our Agent shall not vary the terms of my/our Customer Account Agreement or terminate my/our Customer Account Agreement.



3.  In the event my/our Agent is a corporate entity, Basel Institutional may (acting reasonably and in good faith) accept orders for transactions for my/our Account(s) given by any person who represents himself/herself as being an officer, employee or sub-agent of my/our Agent and whose name has been previously advised to Basel Institutional by my/our Agent. Reference herein to my/our Agent shall include any such person.

4.  I/We undertake with my/our Agent to ratify and confirm any and all orders for transactions given to and transactions made with Basel Institutional by my/our Agent on my/our behalf in accordance herewith and to indemnify Basel Institutional from any loss or liability arising from my/our failing or refusing to do so.

5.  The authorization granted hereby are in addition to and do not limit or restrict any other authorization under my/our Customer Account Agreement or any other agreement between Basel Institutional and me/us from time to time. The authorization granted hereby shall inure to the benefit of Basel Institutional and any successors or assigns of Basel Institutional

6.  This Order Authorization and Limited Power of Attorney shall be governed by and construed in accordance with the laws of Switzerland and in the event of any dispute I/we submit to the non-exclusive jurisdiction of the SWISS Courts.

7.  I/We represent and warrant to Basel Institutional that I/We have full legal and (if a corporation) corporate power and authority to enter into, grant and perform this Customer Order Authorization and Limited Power of Attorney and that the same has been (if a corporation) duly authorized and duly executed by me/us.

8.  Unless at the same time as giving my/our notice of revocation hereof to Basel Institutional I/we also give Basel Institutional either (I)written advice of a replacement Customer Order Authorization and Limited Power of Attorney for another Agent in form and substance acceptable to Basel Institutional.. or (II)written advice that I/we shall henceforth be exclusively responsible for giving orders for transactions for any Account with (if a corporation) such evidence of delegated authority to my/our officers, employees, or agents as Basel Institutional may reasonably require, Basel Institutional may in its discretion treat my/our notice of revocation of these authorizations as an instruction to close out and settle any outstanding transactions for my/our

Account and remit or require payment (as the case may be) of the balance on my Account in accordance with my Customer Account Agreement.

9.  The authorization granted hereby is of continuing effect and shall remain in full force and effect unless and until revoked by me/us by written notice to Basel Institutional Such notice of revocation shall not have effect until actual receipt by Basel Institutional at its offices or the above address or such other address, if any, as Basel Institutional may advise me/us in writing for such purpose. Such revocation shall not affect anything done by my/our Agent (including initiating any Orders for transactions) prior Basel Institutional's actual receipt of my/our notice of revocation as aforesaid and shall not relieve me/us from any obligation or liabilities arising from or in respect thereof or in relation to Transactions or my/our Account generally.

10.  As used herein: Account(s) means my/our account (or if more that one all my/our accounts) with Basel Institutional particulars of which are set out above; Customer Agreement means the latest agreement related to the client account posted on Basel Institutional Website Plus attachments and company published policies; Orders for Transaction means any Order or Orders for any Transactions (including without limitation for the close out, liquidation and settlement of open positions and exerciser abandoning of any options), any Instructions for the payment of any sums or delivery of any property by Basel Institutional to me/us pursuant to any Transactions and my/our Account(s) and my/our Customer Account Agreement generally and (subject as provided in Clause 3 hereof) any other directions, instructions, notices or agreements I/we could give to or make with Basel Institutional pursuant to my/our Customer Account Agreement; Transaction means any purchase or sale (including a short sale) of any commodity, financial or currency or contracts for differences, bullion, precious metals or foreign exchange contracts (whether generally or in particular) by my/our Customer Account Agreement and expressions importing the singular shall include the plural and vice versa.

11.  Brokers are entitled for what is called incentive fee's and/ or Commissions; Note that all commissions must be specified in page 4 of the customer agreement in detail also note that Basel Institutional will not deduct any incentive fees on behalf of the broker; The broker him self is obligated to collect the incentive fees if any by him self directly from the client without involving the company.

Duly executed by the Customer (and if a corporation in accordance with its constitutional documents) on the date set out below.

Customer Name: RONALD H. STEINBERG / Authorized Name: _____

Place and date: ITASCA, IL 6-25-2009    Place and date: _____

Signature: _____    Signature: _____



## CLIENT PERSONAL INFORMATION

First Name  RONALD        Middle Name  H.        Last Name  STEINBERG

Date of Birth        Place of Birth  CHICAGO, IL    Gender  X Male     Female

Nationality  AMERICAN       Soc.Sec#

Marital Status      Single    X Married       Separated        Divorced        Widowed

Permanent Address  512 S. CHERRY ST.
(Street Name and Number)
                                              P.O.Box

Postal Code (Zip)  60143  City  ITASCA   State  IL     Country  USA

Professional Tel.         Home Tel.  630-773-3583   Mobile

E-mail Address

## CLIENT PROFESSIONAL PROFILE

Employment Status   Self employed   X Employed      Student      Unemployed      Retired

Employer Name  RENTCOM, INC.    Employer Address  3900 N. RIVER RD

Job/Occupation  SALES                  SCHILLER PARK, IL 60176

Title/Function  PRESIDENT        Employer Activity

## CLIENT FINANCIAL INFORMATION

Client Estimated Annual Income USD  85,000    Client Estimated Total Assets USD  500,000.

Amount of First Deposit          240,000

Origin of Deposited Assets    X Earnings/Salary    X Savings      Gift/Inheritance

                              Investment Profit    Sale of Business    Sale of Real Estate

                              Other. Please specify:

                              Documentation supporting the claim of origin of assets should be provided for large accounts.

## CLIENT BANK INFORMATION

Bank Name        ITASCA BANK + TRUST

Account Holder Name*  RONALD STEINBERG

Account No./IBAN

Swift Code                        ABA Code
(International Bank Code )          (Bank Code for American Banks)

Bank Address      308 W. IRVING PARK, ITASCA, IL 60143

Bank Tel. No.    630-773-0350   Bank Fax No.  630-773-0716

*We only accept your own personal bank account. The information required regarding your bank refers to the main bank. No intermediary bank details are needed.
**Please note that your trading account is in USD only. When funding your trading account with Basel Instrumental using other currencies, denomination fees will apply at the prevailing
market rate. The same will apply to withdrawals.

Place and Date  ITASCA, IL  6-25-2009  Client Signature

Client Name  RONALD H. STEINBERG



## BENEFICIAL OWNER VERIFICATION

The Client hereby declares that (check where appropriate):

X I am the only beneficial owner of the assets involved in the business relationship with Basel Institutional.

The following person(s) is/are the beneficial owner(s) of the assets involved in the business relationship with Basel Institutional:

| First Name | Last Name | Nationality |
|---|---|---|
| Date of Birth | Place of Birth | Gender  ⸱Male    Female |
| Permanent Address<br>(Street Name and Number) | | P.O.Box |
| Postal Code (Zip)    City | State | Country |
| E-mail Address | | Mobile |

Client's Relationship with the Beneficial Owner

*The Client undertakes to communicate spontaneously and without delay, any modification concerning the beneficial owner(s). The Client has been aware that in intentionally completes this form in an erroneous manner constitutes creating a false document under the laws of Switzerland.

## HOW DID YOU HEAR ABOUT BASEL INSTITUTIONAL?

Via Internet. Please indicate website:

Friend. Name:

From Basel Institutional Client. Name and Account number:

Other Source of Advertising        Other. Please specify:

Introducing Broker. Name and code of IB with Basel Institutional:

I approve a commission of                    USD per 100k base currency transacted

**OR**

I approve an increase of                    extra pips to be added to the spread

Please sign here (JOINT ACCOUNTS):

## CLIENT SIGNATURE SPECIMEN

In order to insure the security of your withdrawal requests and future dealings with Basel Institutional, we need a specimen of your signature:

Place and Date  ITASCA, IL  6·25·2009

Client Name   RONALD H. STEINBERG



# BASEL

# TRADING INFORMATION

## INVESTING EXPERIENCE

Please check what best describes your Foreign Exchange investing experience:

| Years of experience: | .1 Year | 2 Years | 3 Years | Over 3 years | None |
|---|---|---|---|---|---|
| Performance over the last trading year: | 10% | 20% | 30 % | 40 %   50% | Over 50% |

## TRADED PRODUCTS

I will mostly trade the following currencies (please check the appropriate pairs):

| EUR/USD | GBP/USD | AUD/USD | NZD/USD | USD/CAD | USD/JPY | USD/CHF |
|---|---|---|---|---|---|---|
| EUR/GBP | GBP/JPY | EUR/JPY | EUR/CHF | GBP/CHF | EUR/AUD | NZD/JPY |
| GOLD | SILVER | Other: | | | | |

## TYPE OF TRADING

Please check where appropriate:

Intraday                                      Medium Term (trades closed within 5 business days)

Short Term (trades closed within 48 hours)    Long Term

## ACCOUNT OVERVIEW

Amount of first deposit USD

Average Account Size USD
(Calculate all the monthly of your investments with Basel International)

Monthly volume of trades USD

Monthly number of transactions

Average size of trades USD

## ACCOUNT MANAGEMENT

Please check where appriate:

I will be managing my own account.

My account is managed by:

First Name                                    Last Name

Email                                         Mobile

City                                          Country

Place and Date  ITASCA, IL 6-25-2009   Client Signature

Client Name  RONALD H. STEINBERG

Basel International

Page 1



# Withdrawal - Eligible for Rollover

- To complete this form, please read the instruction pages attached to this form.
- Participant completes page 1 of this form.
- If you fail to provide information regarding IRS distribution code, vesting and/or the money type breakdown, we will contact you or your Third Party Administrator on record for the missing information.
- Plan Representative reviews page 1 and completes page 2 of this form.

## Section A - General Information

Contractholder Name (Employer Name)
The Trustees of **RENT COM, INC.** Plan (the "Plan")

Contract Number

Participant Name (Last Name, First Name, Initial)
**STEINBERG RONALD H.**

Social Security Number (full 9-digits)

Participant Address (Mandatory for 1099R) - Number, Street, Apt., City, State, Zip Code
**512 S. CHERRY ST. ITASCA IL 60143**

Date of Birth | Month | Day | Year

**Payment Instructions - Complete either Section B (for Direct Rollover) or Section C and Section D (to Participant Directly).**
A total withdrawal will be processed unless a specific amount is entered. $ **230,000.00**

## Section B - Payment Instructions for Direct Rollover - Read important information on instruction page.

IRA [X] John Hancock Funds OR [ ] Other Financial Institution

1. All funds to my Traditional IRA Account No. _____  'Eligible only if you have no Roth funds)

2. All funds to my Roth IRA Account No. _____  (Both my Roth and non-Roth funds)

3. A split of my non-Roth funds to Traditional IRA Account No. _____ and my Roth funds to Roth IRA Account No. _____

OR
[ ] Qualified Retirement Plan | Plan Name The Trustees of _____ Plan | Plan Account Number

Option 1 - Electronic Fund Transfer Information   **OR**   [ ] Option 2 - Check Information - For distribution amounts over $50,000, use electronic fund transfer.
[ ] Direct Deposit

OR
[X] Wire - Verify with the receiving bank if they accept wires and/or charge a fee.

Name of Institution to appear on check

Bank Name **UNITED COMMERCIAL BANK** | Bank ABA Number (9-digits)
Bank Address - Number, Street, City, State, Zip Code **555 MONTGOMERY ST. SAN FRANCISCO CA 94111** | Street Address - Number, Street, Apt., City, State, Zip Code
Financial Institution, if different from Bank listed above **ENTRUST MIDWEST LLC** | Bank Account Number

## Section C - Payment Instructions to Participant Directly

Option 1 - Electronic Fund Transfer Information   **OR**   [ ] Option 2 - Check Information - For distribution amounts over $50,000, use electronic fund transfer.
[ ] Direct Deposit to my (select one) [ ] Checking or [ ] Savings Account

OR
[ ] Wire - Verify with the receiving bank if they accept wires and/or charge a fee.

Address if different from participant address above - Number, Street, Apt., City, State, Zip Code

Bank Name | Bank ABA Number (9-digits)

Bank Address - Number, Street, City, State, Zip Code

Bank Account Number

## Section D - State Tax Withholding

State of Residence | 1. [X] Do not withhold
2. [ ] Withhold $ _____ or _____ % of federal income tax amount or _____ % of total taxable amount.

## Section E - Participant Signature

For participants under a contract issued by John Hancock Life Insurance Company of New York, any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claims for each such violation. For all other states, civil penalties may apply.

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number (Social Security Number), and
2. I am a U.S. person (including a U.S. resident alien).
OR [ ] I am not a U.S. person (including a U.S. resident alien), and I have completed and attached a completed IRS Form W-8BEN.

Signature of Participant | Name **RONALD H. STEINBERG** | Date **6-26-2009**

GP1515MF (03/2009)

Page 1 of 2

Both John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York do business under certain instances using the John Hancock Retirement Group annuity contracts and recordkeeping agreements are issued by: John Hancock Life Insurance Company (U.S.A.), Boston, MA 02210 (not licensed in New York) and John Hancock Life Insurance Company of New York, Valhalla, NY 10595.

**EXHIBIT D**

| Participant Name (Last Name, First Name, Initial) | Social Security Number (full 9-digits) |
|---|---|
| STEINBERG   RONALD  H. | |

## Section F - Withdrawal Details

☒ PD - Pre-Retirement

☐ DI - Disability

☐ QD - Qualified Domestic Relations Order - Spousal

Spousal Name (Last name, First name, Initial)

Spousal Address (Mandatory for 1099R) Number, Street, Apt., City, State, Zip Code

☐ VC - Employee Voluntary Money

☐ IR - Rollover Money

Spousal Social Security Number

**Distribution Code - More than one box may be chosen.**

☐ 1- Early Distribution

☐ 2- Early Distribution (Exception)

☐ 3- Disability

☐ 7 - Normal Distribution

☒ G - Direct Rollover to another Qualified Plan, Traditional IRA, non-Roth money payable to a Roth IRA

☐ H - Roth Money to a Roth IRA

☐ Code      Default Loan (Code dependent on age)

**Code B** will be included with the code indicated above if the distribution includes Designated Roth contributions and the combination is valid.

**Vesting percentage(s)**

For employer money types, indicate the vesting percentage(s) below.

| | | | |
|---|---|---|---|
| ER Match | % | Other ER Money | % |
| Profit Sharing | % | Other ER Money | % |

**Employer Unvested Money**   If no box is selected, money will remain in Participant's account with current investment instructions.

☐ Transfer to Cash Account   ☐ Refund to Plan Trustee   ☐ Pay outstanding John Hancock Retirement Plan Services Charges   ☐ Leave in Participant account and transfer to default fund

**Complete the following for Partial withdrawals only**

Partial $ 

| Money Type (Mandatory) | Investment Option  (Optional) | $ | % | Amount or Percentage |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Employee After-tax Withdrawal Details**

For withdrawal of Employee after tax money, were any of the contributions made before 1987?   ☐ No   ☐ Yes   $

Is the taxable portion to be determined under IRS pro-rating rules as required by IRC Section 72?

☐ Yes, the distribution will include a pro-rated portion of earnings which will be taxable.

☐ No, the amount of pre-1987 contributions being withdrawn at this time?   $

## Section G - Third Party Administrator (TPA) Withdrawal Fee

| Flat Fee Amount | OR | Percentage of Invested Balance |
|---|---|---|
| $ | | % |

## Section H - Authorized Plan Representative Signature

If the participant fails to sign Section E - Participant Signature (page 1 of this form), the authorized Plan representative below certifies, under penalties of perjury, that based on the plan sponsor's record, (i) the number shown on this form is the correct taxpayer identification number (Social Security Number) of the participant and that the participant is a U.S. person (including a U.S. resident alien); and (ii) if the participant is not a U.S. person (including a U.S. resident alien), you must provide to John Hancock Retirement Plan Services an IRS Form W-8BEN duly completed and signed by the participant.

I certify that all the above information is complete and correct, that the required Participant elections and consent and, if applicable, spousal consent for married participants as required by IRC Sec. 417, have been properly obtained, and that the funds being withdrawn are not for the purpose of prohibited transactions as defined in IRC Sec. 4975. I also certify that all necessary and applicable information required to be furnished to the Participant under IRC Sec. 417 and an explanation of the direct rollover option and related tax rules required by IRC Sec. 402 have been provided. I hereby direct John Hancock Retirement Plan Services to pay to the Third Party Administrator the above referenced fee, which will be deducted from the participant's account at the time of the distribution. I understand and agree that these fees will be deducted and held in John Hancock Retirement Plan Services' general business account until paid to the Third Party Administrator. I hereby represent that this fee is in accordance with the fee schedule that has been approved by the plan's trustee or named fiduciary, is authorized under the terms of the plan and that the plan's trustee or named fiduciary has determined that the fee requested is reasonable. I also certify that, if applicable under the terms of the Plan, the Participant has waived the 30-day waiting period. On behalf of the Plan sponsor, the Plan and its related trust, and the Plan Trustee or named Fiduciary, I further agree to indemnify and hold harmless John Hancock Retirement Plan Services, its employees, agents, directors, and officers from any liability, penalties, and taxes that may be incurred as a result of the requested distribution giving rise to one or more prohibited transactions or for implementing requests (including, if applicable, a direct rollover request) based solely on the instructions provided on this form, or if any of the certifications provided on this form are incorrect.

| Signature of Authorized Plan Representative | Name Cheryl Goldberg | Date 6/26/09 |
|---|---|---|

Page 2 of 2

GP1515MP (03/2009)
Both John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York do business under certain instances using the John Hancock Retirement Plan Services name.
Group annuity contracts and recordkeeping agreements are issued by: John Hancock Life Insurance Company (U.S.A.), Boston, MA 02210 (not licensed in New York) and John Hancock Life Insurance Company of New York, Valhalla, NY 10595.

# IRA Transfer/ Rollover Checklist

**Client Name:** Ronald Stemberg   **IRA#** 09TR28509

**Date Received:** 6/30/09

Copy of Current Statement?   (YES)   NO

Circle One:   (Partial Transfer)   Complete Transfer

**Amount of Transfer:** $ 230,000⁰⁰

6/30 _ab_ Name of fiduciary John Hancock

_____  _____ Originals brought to bank for medallion stamp

_____  _____ Originals Mailed out

_____  _____ E-mail client update on transfer

_____  _____ E-mail/call client when funds arrive

**Client phone number:** 630 773 3583

**Client e-mail:** _____

**Notes:** *wire came in 6/29 *

advice.txt

United Commercial Bank

Outgoing Wire - Advice of Debit

Date  07/08/2009                    Wire Create Time: 0950


Account #       : ****0783
Branch 001
Name            : ENTRUST MIDWEST LLC
Amount          : $229,750.00
GFX Reference   : 20091890051200
Beneficiary Bank: ASSOCIATED GRN BAY
Beneficiary: 2283181705
Crown Forex

Beneficiary Info (OBI):
ENTRUST MIDWEST FBO Ronald Steinberg Acct 09tr28509

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
20090708L1LFBA2C000055

Fees will be charged as per respective fee schedules.

Please do not respond to this email address as it is an unmonitored mailbox.

Page 1


EXHIBIT
E

## IMPORTANT INFORMATION TO CLIENTS OF CROWN FOREX SA IN LIQUIDATION

July 30, 2009

Dear clients, dear visitors,

### Claims Processing

Since the opening of CROWN FOREX SA's bankruptcy on May 19, 2009, we have received many statements of claims.

The statements and attached documentation are currently in the process of being analysed. They will be decided upon and a creditors' plan shall be drafted. Due to the number of documents received, this will last several months.

### No further trading

It appeared in the course of the bankruptcy process that a *forex trading* platform was and may still be illegally operated abroad under the name of CROWN FOREX SA.

Any trading activities on this platform that may have taken place after May 19, 2009 at 8:00 (Swiss time) are not binding upon CROWN FOREX SA, in liquidation.

### Investments with Crown Forex SA, in liquidation through third financial intermediaries

It also recently appeared that US financial intermediaries have been collecting funds from investors for alleged further investment with an entity named CROWN FOREX SA before and after the opening of the bankruptcy of CROWN FOREX SA, in liquidation. Those investors were told that their funds would be held in segregated accounts.

Please note that:

1. since December 9, 2008, Laurent WINKELMANN and Philippe von BREDOW are the only authorized legal representatives of CROWN FOREX SA ; no power of attorney have been delivered to any third person or entity since that date
2. since December 9, 2008 no new client and no new account have been accepted by CROWN FOREX SA
3. since December 9, 2008, Laurent WINKELMANN and Philippe von BREDOW have not authorized any reimbursement to investors in CROWN FOREX SA, in liquidation and that since December 24, 2008, the Swiss Financial market Supervisory Authority (FINMA), in order to insure equal treatment of creditors, has forbidden any reimbursement to investors.
4. since May 19, 2009 at 8:00 (Swiss time), CROWN FOREX SA has suspended its activities and has accepted or received no fund from investors
5. CROWN FOREX SA, in liquidation does not hold segregated bank accounts
6. CROWN FOREX SA, in liquidation does not hold any account with ASSOCIATED BANK in the US
7. CROWN FOREX SA, in liquidation and CROWN FOREX, LLC are two different and separate entities
8. Account statements with false account numbers may have been issued in the name of CROWN FOREX SA in favour of persons who are not registered as client of CROWN FOREX SA, in liquidation. Account statements may therefore not be sufficient to substantiate the existence of a contractual relation or of a claim against CROWN FOREX SA, in liquidation.

Any person having been made to believe anything contrary to the above, may wish to contact the financial intermediary they have dealt with, seek legal advice and/or contact the local enforcement or regulatory Authorities.

The Liquidators of CROWN FOREX SA neither provide advice nor acknowledge receipt of claims from investors.

All relevant further general information that can be publicly disclosed on the bankruptcy of CROWN FOREX SA will be posted on this web site. The FINMA will continue to post on its web site www.finma.ch and in the Swiss Official Gazette of Commerce www.shab.ch all legal information pertaining to the rights and obligations of the creditors and debtors in the estate of CROWN FOREX SA, in bankruptcy.

Sincerely,

Laurent WINKELMANN - Philippe von BREDOW

NOTTER MEGEVAND & PARTNERS
Place Edouard-Claparède 3
1205 Genève
SWITZERLAND
p.vonbredow@nomea.ch
l.winkelmann@nomea.ch

## INFORMATIONS IMPORTANTES AUX CLIENTS DE CROWN FOREX SA EN LIQUIDATION

30 juillet 2009

Chers clients, chers visiteurs,

### Traitement des créances

Depuis l'ouverture de la faillite de CROWN FOREX SA, le 19 mai 2009, nous avons reçu de nombreuses productions de créances.

Les productions et la documentation qui y étaient annexées sont actuellement examinées. Une décision sera prise à leur sujet et un état de collocation sera établi. En raison du nombre de documents reçus, cela prendra plusieurs mois.

### Interruption du trading

Il est apparu dans le cours de la procédure de faillite qu'une plateforme de *forex trading* était exploitée à l'étranger sous le nom de CROWN FOREX SA.



Aucune activité de trading entreprise sur cette plateforme après le 19 mai 2009 à 8 heures (heure suisse) ne lie juridiquement CROWN FOREX SA, en liquidation.

**Investissements auprès de Crown Forex SA, en liquidation par l'intermédiaire d'entités tierces**

Il est également apparu que des intermédiaires financiers des Etats-Unis récoltaient des fonds d'investisseurs en vue de prétendus investissements auprès d'une société au nom de CROWN FOREX avant et après l'ouverture de la faillite de CROWN FOREX, en liquidation. Il était indiqué à ces investisseurs que leurs fonds seraient détenus sur des comptes séparés.

Nous vous remercions de prendre note que :

1. depuis le 9 décembre 2008, Laurent WINKELMANN et Philippe von BREDOW sont les seuls représentants légalement autorisés de CROWN FOREX SA ; aucune procuration n'a été délivrée à de tierces personnes ou entités depuis cette date
2. depuis le 9 décembre 2008, aucun nouveau client et aucun nouveau compte n'a été accepté par CROWN FOREX SA
3. depuis le 9 décembre 2008, Laurent WINKELMANN et Philippe von BREDOW n'ont pas autorisé le moindre remboursement aux investisseurs de CROWN FOREX SA, en liquidation ; depuis le 24 décembre 2009, l'Autorité fédérale de surveillance des marchés financiers (FINMA) a interdit tout remboursement aux investisseurs afin d'assurer l'égalité entre les créanciers
4. depuis le 19 mai 2009 à 8 heures (heure suisse), CROWN FOREX SA a suspendu ses activités et n'a accepté ni reçu de fonds d'investisseurs
5. CROWN FOREX SA, en liquidation ne détient pas de comptes bancaires séparés au nom de ses clients
6. CROWN FOREX SA, en liquidation ne détient pas de compte auprès d'ASSOCIATED BANK aux Etats-Unis
7. CROWN FOREX SA, en liquidation et CROWN FOREX, LLC sont deux entités différentes et distinctes
8. Des relevés de compte avec de faux numéro de compte peuvent avoir été établis au nom de CROWN FOREX SA en faveur de personnes non enregistrées comme client de CROWN FOREX SA, en liquidation. La production de relevés de compte peut en conséquence ne pas s'avérer suffisant pour justifier de l'existence d'une relation contractuelle ou d'une créance contre CROWN FOREX SA, en liquidation.

Toute personne à laquelle il a été fait croire le contraire de ce qui précède peut contacter l'intermédiaire financier avec lequel elle a traité, demander des conseils juridiques et/ou contacter les autorités locales.

Les liquidateurs de CROWN FOREX SA ne donnent pas de conseil et n'accusent pas réception des productions des investisseurs.

Toutes informations pertinentes supplémentaires d'ordre général qui pourront être diffusées publiquement au sujet de la faillite de CROWN FOREX SA seront publiées sur ce site web. La FINMA continuera de publier sur son site web www.finma.ch et dans la Feuille officielle suisse du commerce www.shab.ch toute information légale au sujet des droits et obligations des créanciers débiteurs dans la masse en faillite de CROWN FOREX SA.

Cordialement,

Laurent WINKELMANN – Philippe von BREDOW

NOTTER MEGEVAND & PARTNERS
Place Edouard-Claparède 3
1205 Genève
SWITZERLAND
p.vonbredow@nomea.ch
l.winkelmann@nomea.ch

---

## IMPORTANT INFORMATION ON CROWN FOREX SA

June 03, 2009

Dear visitors and clients, the Swiss Financial Market Authorities (FINMA) has decided the opening of the bankruptcy of CROWN FOREX SA, effective May 19, 2009 at 8:00am (Swiss Time).

In the same decision, Philippe von BREDOW and Laurent WINEKLMANN have been appointed as trustees in bankruptcy of CROWN FOREX SA.

Effective as of the date and time of the bankruptcy opening, the activities of CROWN FOREX SA have been suspended. The Company, its Directors and Officers have been forbidden to make or receive payments.

It however appeared that the trading system and the trading platform were still operated abroad in violation of the FINMA's decision.

That being so, no trading transaction executed after the bankruptcy opening, on May 19, 2009 at 8:00am (Swiss Time), shall bind the bankruptcy estate of CROWN FOREX SA.

Since May 29, 2009, the FINMA, as supervisory Authority, has posted on its web site www.finma.ch and in the Swiss Official Gazette of Commerce www.shab.ch important legal information pertaining to the rights and obligations of the creditors and debtors of the estate of CROWN FOREX SA, in bankruptcy.

All claims in the bankruptcy of CROWN FOREX SA shall be submitted by written to the trustees in bankruptcy no later than June 30, 2009, along with:

1. Account number and relevant details;
2. Open positions as of 19 May, 2009 at 8:00am (Swiss Time), together with supporting documents thereof;
3. Any additional claims you may have toward CROWN FOREX SA;
4. Any debt you may have toward CROWN FOREX SA.

This web site will be updated and will provide you with all relevant information that can be publicly disclosed on the bankruptcy of CROWN FOREX SA. The FINMA will continue to post on its web site www.finma.ch and in the Swiss Official Gazette of Commerce www.shab.ch all legal information pertaining to the rights and obligations of the creditors and debtors in the estate of CROWN FOREX SA, in bankruptcy.

Sincerely,

Laurent WINKELMANN – Philippe von BREDOW

NOTTER MEGEVAND & PARTNERS
Place Edouard-Claparède 3
1205 Genève

SWITZERLAND
p.vonbredow@nomea.ch
l.winkelmann@nomea.ch

## INFORMATION IMPORTANTE SUR CROWN FOREX SA

03 juin 2009

Chers visiteurs et clients, l'Autorité fédérale de surveillance des marchés financiers (FINMA) a décidé l'ouverture de la faillite de CROWN FOREX SA, avec effet au 19 mai 2009 à 8:00 (heure suisse).

Dans la même décision, Philippe von BREDOW et Laurent WINKELMANN ont été nommés liquidateurs de la faillite de CROWN FOREX SA.

Avec effet à la date et à l'heure de l'ouverture de la faillite, les activités de CROWN FOREX SA ont été suspendues. La Société et ses organes ont eu l'interdiction de faire et de recevoir des paiements.

Il est apparu toutefois que le système et la plateforme de trading étaient toujours opérés à l'étranger en violation de la décision de la FINMA.

Cela étant, nous vous informons que depuis l'ouverture de la faillite, le 19 mai 2009 à 8:00 (heure suisse), aucune transaction de trading ne lie juridiquement la masse en faillite de CROWN FOREX SA.

Depuis le 29 mai 2009, la FINMA, en tant qu'Autorité de surveillance, a publié sur son site web www.finma.ch et dans la Feuille officielle suisse du commerce www.shab.ch d'importantes informations légales au sujet des droits et obligations des créanciers et débiteurs dans la masse en faillite de CROWN FOREX SA.

Toutes productions de créances dans la faillite de CROWN FOREX SA doivent être faites par écrit auprès des liquidateurs de la faillite d'ici au 30 juin 2009 avec les informations suivantes :

1. Numéro de compte et coordonnées;
2. Positions ouvertes au 19 mai 2009 à 8:00 (heure suisse), avec les documents justificatifs;
3. Toutes autres créances que vous pourriez avoir contre CROWN FOREX SA;
4. Toutes dettes que vous pourriez avoir envers CROWN FOREX SA.

Ce site web sera mis à jour et vous communiquera toutes les informations pertinentes qui pourront être divulguées publiquement au sujet de la faillite de CROWN FOREX SA. La FINMA continuera de publier sur son site web www.finma.ch et dans la Feuille officielle suisse du commerce www.shab.ch toutes informations légales au sujet des droits et obligations des créanciers et débiteurs dans la masse en faillite de CROWN FOREX SA.

Cordialement,

Laurent WINKELMANN - Philippe von BREDOW

NOTTER MEGEVAND & PARTNERS
Place Edouard-Claparède 3
1205 Genève
SWITZERLAND
p.vonbredow@nomea.ch
l.winkelmann@nomea.ch

7.21.09

Dear Investors:

The purpose of this letter is to inform you of recent developments at Oxford Global Partners, LLC ("OGP").   OGP has received subpoenas from the U.S. Securities and Exchange Commission as well as the U.S. Commodity Futures Trading Commission requesting certain documents.  Our attorneys are responding to these requests.  In addition, nine individuals have filed a civil lawsuit making allegations including fraud in an attempt to obtain their investment proceeds from another company, Universal Brokerage FX.   As part of that lawsuit, these plaintiffs have sued a number of parties, including OGP.

OGP is not accepting investor funds.  Investors should not send funds to OGP, Crown Forex or indirectly to Crown Forex via Entrust.  OGP has received information that Crown Forex is in bankruptcy proceedings.   For more information regarding Crown Forex, see the following website:  www.crownforex.info.   OGP also is unable to fulfill withdrawal or redemption requests.

Sincerely,

Oxford Global Partners, LLC

7.21.09

Dear Investors:

The purpose of this letter is to inform you of recent developments at Universal Brokerage FX ("UBFX") and the UBS Diversified FX Growth Fund ("UBS Fund"). UBFX and UBS Fund have received subpoenas from the U.S. Securities and Exchange Commission requesting certain documents. Our attorneys are responding to these requests. In addition, nine individuals have filed a civil lawsuit making allegations including fraud.

UBFX and UBS Fund are not accepting investor funds. Investors should not send funds to UBFX, UBS Fund, Crown Forex, or indirectly to Crown Forex via Entrust or Millenium. UBFX and UBS Fund have received information that Crown Forex is in bankruptcy proceedings. For more information regarding Crown Forex, see the following website:  www.crownforex.info. UBFX and UBS Fund are unable to fulfill withdrawal or redemption requests.


Sincerely,

Universal Brokerage FX & UBS Fund

 **MAIL**

**Ronald's account**                                    Monday, July 13, 2009 11:49 AM
**From:** "Angie Zelenak" <AZelenak@TheEntrustGroup.com>
  **To:** sigityspitch@yahoo.com

Hey Lynn,
Per your request, Ronald's account number is 09-TR-285-09, and he has
$229,750.00 invested into Crown Forex.


Sincerely,

Angie Zelenak
Account Coordinator



Entrust Midwest LLC
12800 Industrial Park BLVD Ste 220
Plymouth, MN 55441

Please note our summer hours:
Monday- Thursday 8 am- 5 pm
Friday 8 am- 1 pm

Phone: 763-559-5363
Fax: 763-559-5365

If you'd like more information on self-directed retirement plans or on our
company, please visit our website at:  www.TheEntrustGroup.com

········· ATTENTION CONFIDENTIALITY NOTICE:········· This communication is intended only for the use
of the addressee and may contain information that is privileged, confidential, or exempt from disclosure under
applicable law. If you are not the intended recipient (or the employee or agent responsible for delivering the
communication to the intended recipient) you are hereby notified that any dissemination, distribution, or copying
of this communication is strictly prohibited. If you have received this message in error, please notify the sender
immediately by e-mail or by telephone at 763.559.5363 and delete all copies of the message.
Disclaimer Regarding Uniform Electronic Transactions Act ( Minn. Stat. 325L.01-.19) ("UETA"). If this communication
concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this
matter shall occur only with manually-affixed original signatures on original documents.
Entrust Midwest, LLC, The Entrust Group, Inc. and its franchisees ("Entrust") do not provide investment advice or

EXHIBIT
G

endorsements based on information included at its websites. A plan is not truly self-directed if products of any type are sold by an IRA or plan trustee, custodian or administrator, as this may result in a conflict of interest. Entrust assumes no liability for any actions or representations of any listed third party or subject matter contained on any of its websites, since we cannot guarantee the accuracy, completeness or usefulness of any information contained on this server or linked from this server. All information and materials that appear are provided as is without any express or implied warranty of any kind or nature. All interested parties are encouraged to consult with their attorneys, accountants and financial advisors before entering into any agreements.



Crestview Office Building
12900 Whitewater Parkway Blvd., # 220
Plymouth, MN 55441
Phone: 763-559-5388
Fax: 763-559-5388



**To:** Ron & Lynn   **From:** Angie

**Fax:** 630 773 0073   **Pages:** 2 including cover

**Phone:**   **Date:** 7/14

**Re:** Ron's acct

X **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

○ **Comments:**

EXHIBIT
H

# Statement of Assets

Account: 09TR28509

Ronald H Steinberg

As of 7/14/2009



| Symbol | Asset Description | Maturity Date / Yield | Units/Shares / Par Value / Rating | Total Cost | Market Price | Market Value |
|--------|-------------------|----------------------|-----------------------------------|------------|--------------|--------------|
| **702   Miscellaneous** | | | | | | |
| F*CrownFo1 | Crown Forex 1 SA St Hubert 38 | | 229,750.0000 | $229,750.00 | $1.00 | $229,750.00 |
| | | | Total: | $229,750.00 | | $229,750.00 |
| **Cash** | | | | | | |
| | Cash | | | $0.00 | | $0.00 |
| **Grand Total:** | | | | $229,750.00 | | $229,750.00 |

## Market Value by Asset Type



Miscellaneous

| | |
|---|---|
| ☐ Miscellaneous | 100.0% |
| Total: | 100.0% |

Excludes cash where applicable

sell direction letter - Yahoo! Mail                          http://us.mc580.mail.yahoo.com/mc/showMessage?...

 MAIL

**sell direction letter**                                    Friday, July 17, 2009 11:38 AM
**From:** "Angie Zelenak" <AZelenak@TheEntrustGroup.com>
**To:** sigityspitch@yahoo.com
        SELL OXFORD.pdf (281KB)

Ron,
Attached is the sell direction letter you'd requested.  If you have any
questions, please let me know! Thanks!


Sincerely,

Angie Zelenak
Account Coordinator



Entrust Midwest LLC
12800 Industrial Park BLVD Ste 220
Plymouth, MN 55441

Please note our summer hours:
Monday- Thursday 8 am- 5 pm
Friday 8 am- 1 pm

Phone: 763-559-5363
Fax: 763-559-5365

If you'd like more information on self-directed retirement plans or on our
company, please visit our website at:  www.TheEntrustGroup.com

········· ATTENTION CONFIDENTIALITY NOTICE.········ This communication is intended only for the use
of the addressee and may contain information that is privileged, confidential, or exempt from disclosure under
applicable law. If you are not the intended recipient (or the employee or agent responsible for delivering the
communication to the intended recipient) you are hereby notified that any dissemination, distribution, or copying
of this communication is strictly prohibited. If you have received this message in error, please notify the sender
immediately by e-mail or by telephone at 763.559.5363 and delete all copies of the message.
Disclaimer Regarding Uniform Electronic Transactions Act ( Minn. Stat. 325L.01-.19) ("UETA"). If this communication
concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this


EXHIBIT
I

matter shall occur only with manually-affixed original signatures on original documents
Entrust Midwest , LLC, The Entrust Group, Inc. and its franchisees ("Entrust") do not provide investment advice or
endorsements based on information included at its websites. A plan is not truly self-directed if products of any type are sold
by an IRA or plan trustee, custodian or administrator, as this may result in a conflict of interest. Entrust assumes no liability
for any actions or representations of any listed third party or subject matter contained on any of its websites, since we
cannot guarantee the accuracy, completeness or usefulness of any information contained on this server or linked from this
server. All information and materials that appear are provided as is without any express or implied warranty of any kind or
nature. All interested parties are encouraged to consult with their attorneys, accountants and financial advisors before
entering into any agreements.

# The Entrust Group
Self-Directed Retirement Plan Services

## Sell Direction Letter

**For Office Use Only**

*Note – Indicate whether this direction letter*
☑ is the original ☐ supersedes the direction letter sent on date:_____ /time:_____
☐ is the original faxed on this date_____ / time: _____ to FAX number _____

**Administrator** Entrust Midwest LLC
The name of the company that performs record keeping and administration of your plan on behalf of custodian named in the account application.

## Form Instructions
1. **Please complete General Information section.**
2. **Locate your asset type within this document and complete that section.**
3. **Sign and date this form, and return the original signed copy to your local Entrust office.**
4. **Maintain a copy for your records.**

## General Information

| 1. Name *(as it appears on your account application)* | 2. Account number |
|---|---|
| Ronald Steinberg | 09-TR-285-09 |

I hereby authorize and direct the administrator and/or custodian to SELL the following asset from my account:

**3. Escrow/Title Co./Attorney(s)** *Entity(ies) responsible for closing the transaction between account and the Seller. If multiple entities, please include all names. Include contact names, phone and fax numbers.*

**4. Asset name and description, property address or Entrust CUSIP** *Describe the asset here. Provide the full physical address which appears on the current deed or tax records (if purchasing real estate, notes) or the same that the seller provides in a prospectus or offering. If stocks, bonds, or other securities, please include the CUSIP or ticker symbol.*

Oxford Global Advisors/UBFX/Crown Forex

**5. Transaction fees to be paid by:** *All fees due at time of transaction. If no indication is made, fees will be deducted from your uninvested cash balance, if available.*

| Choose One: | ☐ Credit Card *Card Type:*_____ *Card Number:*_____ |
|---|---|
| ✔ Your Account | *Exact Name on Card:*_____ *Security Code:*_____ *Expiry Date:*_____ |
| ☐ Check | *Signature:*_____ |

## 6. Special instructions

Please send all funds back to Entrust Midwest LLC by Wire

## A. Sell Real Estate Asset

| A1. Buyer name | A2. Buyer address |
|---|---|
| | |
| A3. Buyer telephone number | A4. Contract sales price *Please state the sales price of the property. If this changes please send an addendum.* |
| | |

## The Entrust Group
Self-Directed Retirement Plan Services

## Sell Direction Letter

**A5. A.P.N #/legal description** *Parcel number used by many tax assessors. If used, it must agree with documents which we will sign on your IRA's behalf. If needed, attach legal description.*

**A6. Is there a carry-back note?**

☐ NO  ☐ YES  *If YES, Please complete a BUY DIRECTION LETTER For Real Estate Notes.  If you are going to finance all or part of this sale with your plan funds, a "Carry-back" note is involved, in which case that note becomes a part of your portfolio.*

## B.  Sell Asset (Except Real Estate)

| B1. Quantity *Number of shares, units, etc.* | B2. Price *Price per unit of sale* | B3. Total sale price *(Quantity  times price)* |
|---|---|---|
| | $ | $ ALL FUNDS |

## C.  *Prior to sale completion, all transaction documents must be notated read and approved with your signature and date.* *(For example, subscription documents, real estate notes, promissory notes.)*

I understand that my account is self-directed and that the Administrator or Custodian do not review the merits, legitimacy, appropriateness and/ or suitability of any investment in general, including, but not limited to, any investigation and/or due diligence prior to selling any investment, or in connection with my account in particular. I acknowledge that I have not requested that the Administrator and/or Custodian provide, and the Administrator and/or Custodian have not provided, any advice with respect to the investment directive set forth in this Sell Direction Letter. I understand that it is my responsibility to conduct all due diligence, including, but not limited to, search concerning the validity of title, and all other investigation that a reasonably prudent investor would undertake prior to selling any investment. I understand that neither the Administrator nor the Custodian determine whether this investment is acceptable under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements. I understand that neither the Administrator nor the Custodian is a "fiduciary" for my account and/or my investment as such terms are defined in the IRC, ERISA, and/or any applicable federal, state or local laws. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to, actions, liabilities, losses, penalties, fines and/or claims by others, arising out of this Sell Direction Letter and/or this investment, including, but not limited to, claims that an investment is not prudent, proper, diversified or otherwise in compliance with ERISA, the IRC and/or any other applicable federal, state or local laws. In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian are named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees, and costs and internal costs (collectively "Litigation Costs"), incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, or demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian the outstanding balance of the Litigation Costs. If I fail to promptly reimburse the Litigation Costs, Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and/or Custodian will not be responsible to take any action should there be any default with regard to this investment.

I am directing you to complete this transaction as specified above. I confirm that the decision to sell this asset is in accordance with the rules of my account, and I agree to hold harmless and without liability the Administrator and/or Custodian of my account under the foregoing hold harmless provision. I understand that no one at Administrator and/or Custodian has authority to agree to anything different than my foregoing understandings of Administrator's and/or Custodian's policy. If any provision of this Sell Direction Letter is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect.

For purposes of this Sell Direction Letter, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners. I declare that I have examined this document, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

Signature: _____   Date: 7-17-09

*Please read the disclosure above the signature line before signing and dating.*

Copyright 2008 The Entrust Group Rev 08.08 TRA SDL 0808

http://us.mc580.mail.yahoo.com/mc/showMessage?...



**crown information**                                    Wednesday, July 29, 2009 1:18 PM

**From:** "Angie Zelenak" <AZelenak@TheEntrustGroup.com>
**To:** sigityspitch@yahoo.com
**Cc:** "Jennifer Berg" <JBerg@TheEntrustGroup.com>
       20090729011115.pdf (2442KB), 20090729010751.pdf (1153KB)

Hey Lynn,
I've attached 2 documents, one for you and one for Ron, regarding your
investments with Crown Forex, S.A.  If you have any questions, please let
me know!


Sincerely,

Angie Zelenak
Account Coordinator



Entrust Midwest LLC
12800 Industrial Park BLVD Ste 220
Plymouth, MN 55441

Please note our summer hours:
Monday- Thursday 8 am- 5 pm
Friday 8 am- 1 pm

**Phone: 763-559-5363**
Fax: 763-559-5365

If you'd like more information on self-directed retirement plans or on our
company, please visit our website at: www.TheEntrustGroup.com

·········· ATTENTION CONFIDENTIALITY NOTICE:········· This communication is intended only for the use
of the addressee and may contain information that is privileged, confidential, or exempt from disclosure under
applicable law. If you are not the intended recipient (or the employee or agent responsible for delivering the
communication to the intended recipient) you are hereby notified that any dissemination, distribution, or copying
of this communication is strictly prohibited. If you have received this message in error, please notify the sender

08/04/2009 02:13 AM



EXHIBIT

immediately by e-mail or by telephone at 763.559.5363 and delete all copies of the message.
Disclaimer Regarding Uniform Electronic Transactions Act (Minn. Stat. 325L.01-.19) ("UETA"). If this communication
concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this
matter shall occur only with manually-affixed original signatures on original documents.
Entrust Midwest , LLC, The Entrust Group, Inc. and its franchisees ("Entrust") do not provide investment advice or
endorsements based on information included at its websites. A plan is not truly self-directed if products of any type are sold
by an IRA or plan trustee, custodian or administrator, as this may result in a conflict of interest. Entrust assumes no liability
for any actions or representations of any listed third party or subject matter contained on any of its websites, since we
cannot guarantee the accuracy, completeness or usefulness of any information contained on this server or linked from this
server. All information and materials that appear are provided as is without any express or implied warranty of any kind or
nature. All interested parties are encouraged to consult with their attorneys, accountants and financial advisors before
entering into any agreements.



# CUSTOMER AGREEMENT

## Individual and Joint Accounts

### INSTRUCTIONS

Fill in the customer trading agreement by typing. Make sure all data is complete, accurate, clear and readable.

- Our PDF files allow type in. If your email address is handwritten, sometimes it may be hard to read. Any error in reading your email address may result into not receiving your new account confirmation, login and password.

### MANDATORY DOCUMENTS

1. Customer agreement signed in original.
2. A notarized copy (certified as conform to the original) of a valid passport or ID card incorporating a photo and signature.
   - Please make sure that the notarized copy of your passport or ID card (copy of your passport or ID card certified as true copy) is sent in original.
3. A recent utility bill such as electricity bill, phone bill, etc., or any other official proof of address.
4. Minimum deposit required to open an account: $10,000,000 USD

The Trading Agreement along with the mandatory documents must be sent by post (DHL, FedEx, UPS, or other postal services) to Basel Institutional's registered address:

BASEL INSTITUTIONAL
Avenue de la Gare
2800 Delémont
Switzerland.

### PROCESSING

1. When we receive the customer trading agreement and the required mandatory documents, our compliance department will examine your application.
   - No accounts will be opened unless the agreement is signed in original in all designated areas, and complete. The application has to enclose all the required mandatory documents, dully notarized.
   - Notarizations can be obtained through the Swiss Consulate or any other official authority such as Public Notary, Public Office (Administration), and Banks, any office that issues IDs or passports, Court, or any other notarization equivalent to the former mentioned. Notarizations in English, French, Italian, Romanian, German, Spanish, Japanese, Chinese, Persian, Portuguese, Russian and Arabic are accepted.
   - In case information or documents are missing, the process will be delayed.
2. Once the customer trading agreement is approved, Basel Institutional staff will establish an account for you. The account details along with wiring information will be sent to you at the email address provided in the trading agreement.
3. Once funds are wired and deposited in the client account, the client trading account will be activated within one business day to begin trading.

We recommend that you get in contact with our support team for further assistance and for help on the account opening requirements.

# BASEL

## CLIENT PERSONAL INFORMATION

First Name RONALD   Middle Name H.   Last Name STEINBERG

Date of Birth   Place of Birth CHICAGO, IL   Gender ✗ Male   Female

Nationality AMERICAN   Soc.Sec#

Marital Status   Single   ✗ Married   Separated   Divorced   Widowed

Permanent Address (Street Name and Number) 512 S. CHERRY ST.

P.O.Box

Postal Code (Zip) 60143   City ITASCA   State IL   Country USA

Professional Tel.   Home Tel. 630-773-3583   Mobile

E-mail Address

## CLIENT PROFESSIONAL PROFILE

Employment Status   Self employed   ✗ Employed   Student   Unemployed   Retired

Employer Name RENTCOM INC.   Employer Address 3900 N. RIVER RD

Job/Occupation SALES   SCHILLER PARK, IL 60176

Title/Function PRESIDENT   Employer Activity

## CLIENT FINANCIAL INFORMATION

Client Estimated Annual Income USD 85,000   Client Estimated Total Assets USD 500,000.

Amount of First Deposit   240,000

Origin of Deposited Assets   ✗ Earnings/Salary   ✗ Savings   Gift/Inheritance

Investment Profit   Sale of Business   Sale of Real Estate

Other. Please specify:

Documentation supporting the claim of origin of assets should be provided for large accounts.

## CLIENT BANK INFORMATION

Bank Name   ITASCA BANK + TRUST

Account Holder Name* RONALD STEINBERG

Account No./IBAN

Swift Code (International Bank Code)   ABA Code (Bank Code for American Banks)

Bank Address   308 W. IRVING PARK, ITASCA, IL 60143

Bank Tel. No. *** 630-773-0350   Bank Fax No. 630-773-0716

*We only accept your own personal bank account. The information required regarding your bank refers to the main bank. No intermediary bank should are needed.
**These prove that your trading account is in USD only. When funding your trading account with funds/instrument using other currencies, denomination fees will apply at the prevailing market rates. The same will apply to withdrawals.

Place and Date ITASCA, IL 6-25-2009 Client Signature

Client Name RONALD H. STEINBERG

Page 2

ACCt under!
Entrust midwest, LLC FBO Ronald Steinberg * 09TR28509

From:   *Julia Smith*
        **Universal Brokerage FX**
        12644 Tiffany Court
        Burnsville, MN  55337
        (888)292-8206

To:     *Melissa Twaddle*
        **Entrust Midwest, LLC**
        Creekview Office Building
        12800 Industrial Park Blvd, #220
        Plymouth, MN  55441
        (763)559-5363

Client:   Ronald Steinberg
          $230,000.00 (Trad)
          Ref # 1700 - 40280

          09TR28509

Sep 1 2004 11:55pm P012/018

## Entrust Group
Self-Directed Retirement Plan Services

## Interested Party Designation & Limited Power of Attorney

*The name of the company that performs record keeping and administration of your plan on behalf of custodian named in the account application.*

### General Information

Account holder: RONALD H. STEINBERG          Account number: 09TR28509

### Interested Party Designation

*Please complete the information below to authorize your spouse, financial advisor (broker, financial planner, accountant, attorney or other person etc.) to receive information about your account. Please note that this individual will have unlimited access to your account information, but they will not be able to make changes to your account. This form must be completed in full and will only be accepted with original signatures.*

Name of interested party: Pat Kiley / Julia Smith

Interested party street address: 12644 Tiffany Court, Suite 100        City: Burnsville   ☒ State: MN   Zip: 55337

Telephone number: ( 888 ) 292-8206          ☒ FAX number: ( 888 ) 292-8208

Email address: patk@popp.net

*This Designation will remain in effect until the Administrator has received written notice of revocation from the Account Holder. Account Holder agrees to indemnify and hold harmless Administrator, its officers, directors, and their successors and assigns from all claims, actions, costs and liabilities, including attorneys' fees, arising out of their reliance on this Designation. This indemnity and hold harmless provision shall survive any termination of this Designation.*

### Limited Power of Attorney

*This LPOA gives your designated agent the power to conduct all transactions (with the exceptions noted below) in your Account. Please read carefully before signing. This form must be completed in full and will only be accepted with original signatures.*

I hereby authorize _____ to be my agent and attorney-in-fact to conduct all transactions, except as limited below, to the extent of the terms as previously agreed to in my Individual Retirement Account Application. This LPOA may not be used to direct distributions or transfers.

Name of Attorney-in-Fact _____

Attorney-in-Fact street address _____ City _____ State ____ Zip ____

Telephone number: ( ) _____    FAX number: ( ) _____

Email address: _____

This LPOA will remain in effect until the Administrator and/or Custodian has received written notice of revocation from the Account Holder.

I understand that neither the Administrator nor the Custodian is a "fiduciary" for my account and/or investment in such terms as defined in the IRC, ERISA, and/or any applicable federal, state or local laws. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to actions, liabilities, losses, penalties, fines, attorneys' fees and/or third party claims, arising out of action in connection with their reliance on this LPOA. This indemnity and hold harmless provision shall survive any termination of this LPOA. In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian are named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees, and costs and internal costs (collectively "Litigation Costs") incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, on demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian. Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and/or Custodian will not be responsible to take any action should there be any default with regard to this investment. For purposes of this paragraph, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, business, franchises, affiliates and/or business partners.

If any provision of this LPOA is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect.

Signature of Attorney-in-Fact _____

### Signature

**PLEASE MAIL THIS FORM TO YOUR ENTRUST OFFICE.**

Account Holder Signature _Ronald Steinberg_          Date 6-25-2009

**NOTARY CERTIFICATION REQUIRED**

STATE OF _____
COUNTY OF _____

I hereby certify that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared _____ ☐ to me personally known or ☐ who produced the foregoing _____ as identification, to me, known to be the person described in and who executed the instrument and acknowledged before me that he executed the same.

Witness my hand and official seal in the County and State last aforesaid this ____ day of _____

Notary Public _____

TAA PDI 1008          © 2008 The Entrust Group, Inc. rev. 1008

*John Hancock*

RENT COM, INC.
ATTN: CHERYL GOLDBERG
3900 NORTH RIVER ROAD
SCHILLER PARK  IL  60176

**THE TRUSTEES OF RENT COM, INC. 401(K)**
**PROFIT SHARING PLAN**

Contract Number:

## Retirement Account

Your retirement account value as of 03/31/2009
# $211,707.95

**January 01, 2009 - March 31, 2009**

520578  F001  7758  1OZ  1/3 ——— 3720

RONALD H. STEINBERG
512 S CHERRY ST
ITASCA IL   60143

### Your personal rate of return
| | |
|---|---|
| This period | -5.40% |
| For last 12 months | -43.17% |
| Since your account inception (Annualized) | 4.92% |

## Looking back

Change in your account this period: -$10,805.18

| | |
|---|---|
| $450,000 | |
| $368,000 | |
| $286,000 | |
| $204,000 | |
| $122,000 | |
| $40,000 | |

03/31/08    06/30/08    09/30/08    12/31/08    03/31/09

- - - - Employer contributions        —— Ending balance   —

### This period
| | |
|---|---|
| Beginning balance | $222,513.13 |
| Money in | |
|   Employee money | 643.50 |
|   Employer money | 592.98 |
| Net change | -12,041.66 |
| Ending balance | $211,707.95 |

You want to make sure your contributions continue working for the lifestyle you planned, both at retirement and beyond. Your plan contact can put you in touch with your local John Hancock USA representative to outline the many income-producing options open to you. Remember, you still have access to our website, where you can find a variety of resources, including articles, tools, calculators and more. Visit us online at **www.jhpensions.com**.

## Looking for help?

**Important:** Any inaccuracies in this statement must be reported to John Hancock USA within 45 days.  See last page for details.

For questions about your account with John Hancock USA, visit **www.jhpensions.com**
or 1-800-395-1113 (1-800-363-0530 Español) Monday - Friday, 8am - 8pm ET.



SEP  1 2002 11:59pm  P011/018

| Asset description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |

☐ Delivery instructions are attached.   ☐ Current statement is attached.

Part E. Signature for transfer of assets from an existing account and acknowledgment of new account application

1. I hereby agree to the terms and conditions set forth in this Account Asset Transfer Authorization and acknowledge having established a self-directed account through execution of the _Entrust Midwest, LLC_ _____ (Name of plan account application).

2. I understand the rules and conditions applicable to an Account Transfer

3. I qualify for the account transfer of assets listed in the Asset Liquidation above and authorize such transactions.

4. I understand that no one at Entrust or any of its licensees has authority to agree to anything different than my foregoing understandings of Entrust policy.

Your Signature _[signature]_

(Name of account holder or plan trustee if employer plan)

Date  6-25-2009

**For transfer of employer sponsored plan**

Name of trustee authorizing transfer: _____

Address: _____

City, State, Zip Code: _____

*transfer form 2*

©2006 The Entrust Group, Inc. TRN-0109

Fax.

Sep  1 2004 11:52pm  P010/018

Please return this completed form (along with your IRA Application or Adoption Agreement. If you are opening a new account to your Administrator (the company that performs record keeping and administration of your plan on behalf of custodian). This form instructs the Custodian or Trustee of your present IRA/Employer Plan to transfer your assets to your self directed account with us. We will arrange for the transfer on your behalf.

Administrator: _____ Entrust Midwest, LLC (FBO) ___ **Ronald Steinberg   09TR28509**

Name (Your name as it appears in your plan) **RONALD H. STEINBER** Entrust Account: **09TR28509**

Social security number: (Required) _____ Phone: **630-773-3583**

Legal Address (Required) **512 S. CHERRY**

City, State, Zip **ITASCA   IL   60143**

Name of Custodian/Trustee **JOHN HANCOCK / MANUAL LIFE FINANCIAL**   Account number: _____

Office address **200 BLOOR ST EAST**

City, State, Zip **TORONTO  ONTARIO  CANADA  M4W1E5**

Phone number: **800-333-0963**   Contact name: _____

**1. I am transferring to the following type of plan.** (Check one. Must be transferred from like plan):

☒ Traditional ☐ Roth ☐ SEP ☐ SIMPLE ☐ ESA ☐ HSA ☐ Profit sharing plan (including 401(k)) ☐ Money purchase plan
☐ Defined benefit plan ☐ Other

Name of Plan _____

**I am an eligible person to perform this transaction.** (Select One)

☒ IRA holder
☐ Spouse beneficiary of account
☐ Ex-Spouse of account due to divorce/legal separation

☐ Trustee of employer sponsored plan
☐ Non-spouse beneficiary of account
☐ Responsible individual or plan participant

**How would you like this transfer request sent to your current custodian?**

☐ Please transfer cash per the following: ☐ Via check ☐ Via wire (Fees may apply.) Delivery instructions are attached.

Option #1 ☐ Express Delivery (fees may apply). Payment via: _____   Option #2 ☐ USPS Regular Delivery

☐ **This is a COMPLETE transfer to my self directed account.** (Attach your most recent statements from your prior trustee or custodian and a clear copy of a photo ID).

☐ Please liquidate asset(s) and transfer cash to _____ FBO (my name). The term "liquidate asset(s) and transfer cash" will result in investments being sold and cash proceeds forwarded. (Initial-effect.) Custodian name _____ (IMPORTANT: Contact your current Custodian to inquire about their liquidation/transfer process.)

☐ Please transfer all assets IN KIND (Stock, Bond, Mutual Funds, Real Estate, LLCs, etc.) to **Entrust Midwest, LLC** _____ FBO (my name). The term "in kind" refers to the re-registration of an investment. Office name

☐ Please transfer cash to **09   International Bank & Trust** _____ FBO (my name). Entrust office #   Custodian name

☒ **This is a PARTIAL transfer to my account.** (Attach your most recent statements from your prior trustee or custodian and a clear copy of a photo ID).

☒ Send $ **230,000.00** in cash to _____ **International Bank & Trust** _____ FBO (my name). Entrust office #   Custodian name

☐ Send the following assets described below to ~~Entrust Midwest, LLC~~ ☒ FBO (my name). Office name

transfer form 1

© 2006 The Entrust Group, Inc. rev. 1/08 TRA TRA 1108

# IRA Transfer/ Rollover Checklist

**Client Name:** Ronald Sternberg   **IRA#** 09TR28509

**Date Received:** 6/30/09

**Copy of Current Statement?**   (YES)   NO

**Circle One:** (Partial Transfer)   Complete Transfer

**Amount of Transfer: $** 230,000⁰⁰

6/30 92 **Name of fiduciary** John Hancock
_____ _____ Originals brought to bank for medallion stamp
_____ _____ Originals Mailed out
_____ _____ E-mail client update on transfer
_____ _____ E-mail/call client when funds arrive

**Client phone number:** 630 773 3583

**Client e-mail:** _____

**Notes:** ＊Wire came in 6/29 ＊

advice.txt

United Commercial Bank

Incoming Wire - Advice of Credit

Date  06/29/2009                    Wire Create Time: 1004


Account #      : ****1484
Branch 001
Name           : 09 INTERNATIONAL BANK & TRUST
Amount         : $230,000.00
GFX Reference  : 20091800075100
Sending Bank   : 021000089
Sender Name    : JH USA US GROUP PARENT
250 BLOOR STREET EAST , ET-MN

TORONTO , ON M4W 1E5

CANADA




Beneficiary    : ****1484
ENTRUST MIDWEST LLC

Beneficiary Info (OBI):
FBO: IRA FOR RONALD STEINBERG 33936

1700


Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
20090629L1LFBA2C00020906291304FT01

Fees will be charged as per respective fee schedules.

Please do not respond to this email address as it is an unmonitored mailbox.

Page 1

# Statement of Assets

Account: 09TR28509

Ronald H Steinberg

As of 7/8/2009



| Symbol | Asset Description | Maturity Date | Units/Shares or Face Value | Total Cost | Market Price | Market Value |
|---|---|---|---|---|---|---|
| 550 | Interest Bearing Acct.-Own Inst. | | | | | |
| 1 | International Bank and Trust | | 230,000.0000 | $230,000.00 | $1.00 | $230,000.00 |
| | | | Total: | $230,000.00 | | $230,000.00 |
| Cash | | | | | | |
| | Cash | | | $0.00 | | $0.00 |
| Grand Total: | | | | $230,000.00 | | $230,000.00 |

## Market Value by Asset Type



Int Brg Acct-Own Inst

| | |
|---|---|
| ☐ Int Brg Acct-Own Inst | 100.0% |
| Total: | 100.0% |

Excludes cash where applicable

Sep 1 2004 17:57/pa P014/018

**Entrust Group**
Self-Directed Retirement Plan Services

**Buy Direction Letter**

Entrust Group, LLC
12600 Industrial Park Blvd., Suite 220
Plymouth, MN 55441
P: (763) 559-6990
F: (763) 559-6988

% $

$

☐ Monthly   ☐ Annually   ☐ Interest Only   ☐ Amortized   ☐ Other

FBO

Account#

| 230,000.00 | $ 1.00 | $ 230,000.00 |

I understand that my account is self-directed and that the Administrator and Custodian named in the disclosure statement received when the account was established will not review the merits, legitimacy, appropriateness and/or suitability of any investment in general, including, but not limited to, any investigation and/or due diligence prior to making any investment, or in connection with my account in particular. I acknowledge that I have not requested that the Administrator and/or Custodian provide, and the Administrator and/or Custodian have not provided, any advice with respect to the investment directive set forth in this Buy Direction Letter. I understand that it is my responsibility to conduct all due diligence, including, but not limited to research concerning the validity of title, and all other investigation that a reasonably prudent investor would undertake prior to making any investment. I understand that neither the Administrator nor the Custodian determine whether this investment is accessible under the Employee Retirement Income Securities Act (ERISA), the Internal Revenue Code (IRC), or any applicable federal, state, or local laws, including securities laws. I understand that it is my responsibility to review any investments to ensure compliance with these requirements.

I understand that neither the Administrator nor the Custodian is a fiduciary for my account and/or my investment as such terms are defined in the IRC, ERISA, and/or any applicable federal, state or local laws. I agree to release, indemnify, defend and hold the Administrator and/or Custodian harmless from any claims, including, but not limited to, actions, liabilities, losses, penalties, fines and/or claims by others, arising out of this Buy Direction Letter and/or this investment, including, but not limited to, claims that an investment is not prudent, proper, diversified or otherwise in compliance with ERISA, the IRC and/or any other applicable federal, state or local laws. In the event of claims by others related to my account and/or investment wherein Administrator and/or Custodian are named as a party, Administrator and/or Custodian shall have the full and unequivocal right at their sole discretion to select their own attorneys to represent them in such litigation and deduct from my account any amounts to pay for any costs and expenses, including, but not limited to, all attorneys' fees and costs and internal costs (collectively "Litigation Costs"), incurred by Administrator and/or Custodian in the defense of such claims and/or litigation. If there are insufficient funds in my account to cover the Litigation Costs incurred by Administrator and/or Custodian, on demand by Administrator and/or Custodian, I will promptly reimburse Administrator and/or Custodian the outstanding balance of the Litigation Costs. If I fail to promptly reimburse the Litigation Costs, Administrator and/or Custodian shall have the full and unequivocal right to freeze my assets, liquidate my assets, and/or initiate legal action in order to obtain full reimbursement of the Litigation Costs. I also understand and agree that the Administrator and/or Custodian will not be responsible to take any action should there be any default with regard to this investment.

I am directing you to complete this transaction as specified above. I confirm that the decision to buy this asset is in accordance with the rules of my account and I agree to hold harmless and without liability the Administrator and/or Custodian of my account under the foregoing hold harmless provision. I understand that no one at Administrator and/or Custodian has authority to agree to anything different than my foregoing understandings of Administrator's and/or Custodian's policy. If any provision of this Buy Direction Letter is found to be illegal, invalid, void or unenforceable, such provision shall be severed and such illegality or invalidity shall not affect the remaining provisions, which shall remain in full force and effect. For purposes of this Buy Direction Letter, the terms Administrator and Custodian include The Entrust Group, its agents, assigns, joint ventures, licensees, franchises, affiliates and/or business partners. I declare that I have examined this document, including accompanying information, and to the best of my knowledge and belief it is true, correct and complete.

Signature: _____   Date: 6-25-2009

Please read the disclosure above the signature line before signing and dating.

© 2006 The Entrust Group, Inc. rev. 6/07 TRA BDI 0607

# Entrust Group
## Self-Directed Retirement Plan Services

## Buy Direction Letter

Entrust Midwest, LLC
12800 Industrial Park Blvd. Suite 220
Plymouth, MN 55441
p: (763) 559-5303
f: (763) 559-2303

**For office use only.**

Note – Indicate whether this direction letter:
- [ ] Is the original
- [ ] Is the original based on this date: / time: / supersedes the direction letter sent on date: / time:
- [ ] no FAX number

If you will be using funds from other accounts and/or qualified plans administered by us, please use separate Buy Direction Letters for each IRA and/or qualified plan. You may photocopy this form for that use.

Administrator: **Entrust Midwest, LLC**
The name of the company that performs record keeping and administration of your plan on behalf of custodian except in the account application.

**Easy Instructions:**
1. Please complete this Buy Direction Letter in its entirety.
2. Locate your Asset type within the section provided.
3. Sign and date this form and return this original signed copy to our office for processing.
4. Maintain a copy for your records.

**General Asset Information**

RONALD H. STEINBERG | 091128509

I hereby authorize and direct the administrator and/or custodian to BUY the following asset for my account.

Crown Forex BA, St. Hubert 38, 2854 Bassecourt P.O. Box 247, Switzerland

Choose One:
- [ ] Your Account
- [X] Check

- [ ] Credit Card  Card type: ___  Card Number: ___
  Print Name on Card: ___  Security Code: ___  Expiry Date: ___
  Signature: ___

Choose One: [X] Wire (Please complete wiring instructions)  [ ] Make check payable to Payee/Seller: ___

Payee/Seller Mailing Address: ___  City ___  State ___  Zip ___

**A. Real Estate   Complete this section if purchasing real estate.**

$ ___

**B. Notes   Complete this section if making a new purchase.**

- [ ] Buy existing note  [ ] Create new note  [ ] Carry back from a real estate sale  [ ] Unsecured note
- [ ] Note secured by ___



# Basel Institutional Wire Instructions

Associated Bank
5353 Wayzata Blvd.
St. Louis Park, MN 55416

ABA Routing #: 075900575

Account Name: Basel Institutional

Account #: 2283215214

FFC: Credit Suisse

Phone #: 952-591-2793

Contact: Lien Sarles AVP Commercial Banking

Client: _Ronald Steinberg_

RECEIVED
JUL 09 2009
BY: _____

IRA#: _09TR28509_

Amount of Verified Funds: _230,000.00_

Amount to fund Investment: _229750.00_

Transaction Fee: _95_

Wiring Fee: _25_

Check Fee: _____

Overnight Fee: _____

Fee's Paid by: _Check_      _(250.00)_

Total Amount for funding: _230,000.00_

Reference # : _____

Real Estate Purchase Price: _____